**PRISONER CASE**



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet



FILED
JUN 03 2008
Jun 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** BOBBY LEE HARRISON

**Defendant(s):** COUNTY OF COOK, ILLINOIS, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Bobby Lee Harrison
#2004-0072892
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV 3202
JUDGE KENNELLY
MAGISTRATE JUDGE MASON

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** A. E. Woodham    **Date:** 06/03/2008

Kennelly
Mason

08C2765