Ctt

08 C 3202

EXHIBITS

# FILED

JUL  2 2008
JUL 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Order                                              CCG N002-300M-2/24/05 (                    )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

State of Illinois

v.

Bobby Lee Harrison

}

08CV3202
Judge Kennelly

No. 04 CR 23279

### ORDER

IT IS THE ORDER OF THIS HONORABLE COURT THAT

The defendant be taken to see the eye doctor at Cermack Hospital while housed in the custody of the Cook County Department of Corrections so that the defendant can receive a new pair of prescription Eye glasses.



Atty. No.: 30295
Name: Shari Gladney, APD as Standby Counsel
Atty. for: Bobby Harrison
Address: 16501 S. Kedzie
City/State/Zip: Markham, IL 60426
Telephone: (708) 210 4360

ENTERED:

Dated: February 25, 2008

_____          _____
Judge                                              Judge's No.
                                                        1152

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Order                                                    CCG N002-300M-2/24/05 (            )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

State of Illinois

v.                                    } No. 04 CR 2379

Bobby Lee Harrison

### ORDER

IT IS THE ORDER OF THIS HONORABLE COURT THAT.

The defendant be taken to see the eye doctor at Cermack Hospital while housed in the custody of the Cook County Department of Corrections so that the defendant can receive a new pair of prescription eye glasses.



Atty. No.: 30295

Name: Shari Glagney, APD as Standby Counsel

Atty. for: Bobby Harrison

Address: 16501 S. kedzie

City/State/Zip: Markham, IL 60426

Telephone: (708) 210 4360

ENTERED:

Dated: February 25, 2008

Judge                                    Judge's No.

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Order                                    CCG N002-300M-2/24/05 (                    )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

State of Illinois

v.                                    } No. 04 CR 23279

Bobby Lee Harrison

### ORDER

IT IS THE ORDER OF THIS HONORABLE COURT THAT.

The defendant be taken to see the eye doctor at Cermack Hospital while housed in the custody of the Cook County Department of Corrections so that the defendant can receive a new pair of prescription Eye glasses.

ENTERED
JUDGE MICHELE SIMMONS - 1832
FEB 25 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Atty. No.: 30295
Name: Shari Glazney, APD as Standby Counsel
Atty. for: Bobby Harrison                    ENTERED:
Address: 16501 S Kedzie
City/State/Zip: Markham, IL 60426            Dated: February 25, 2008
Telephone: (708) 210 4360

                                             Judge
                                             Judge's No.
                                             1152

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Order

CCG N002-300M-2/24/05 (                    )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People of the State of Illinois

v.

Bobbie Harrism

08CV3202
Judge Kennelly

No. 04 CR 23079 01

## ORDER

This court, having jurisdiction over the above captioned matter, hereby orders that Cermack Hospital shall provide the defendant with an eye examination and corrective lenses as needed, to address his report of failing eyesight.

ENTERED
JUDGE MICHELE SIMMONS #1832
APR - 8 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Atty. No.: 30295

Name: Nadine Williams

Atty. for: Bobbie Harrism

Address: 16501 S. Kedzie

City/State/Zip: Markham IL

Telephone: (708) 210 4360

ENTERED:

Dated: 4/8/, 08

Judge

Judge's No. 1712

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Order                                                    CCG N002-300M-2/24/05 (                )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People of the State of Illinois

v.                                          } No. 04 CR 23791 01

Bobbie Harrism

## ORDER

This court, having jurisdiction over the above captioned matter, hereby orders that Cermack Hospital shall provide the defendant with an eye examination and corrective lenses as needed, to address his report of failing eyesight.

ENTERED
JUDGE MICHELE SIMMONS - 1832
APR - 8 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Atty. No.: 30295
Name: Nadine Williams
Atty. for: Bobbie Harrism
Address: 16501 S. Kedzie
City/State/Zip: Markham IL
Telephone: (708) 210 4360

ENTERED:

Dated: 4/8/08

_____
Judge

Judge's No. 1832

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Order                                                    CCG N002-300M-2/24/05  (                    )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People of the State of Illinois

v.

Bobbie Harrism

}  No. 04 CR 23799 01

### ORDER

This court, having jurisdiction over the above captioned matter, hereby orders that Cermack Hospital shall provide the defendant with an eye examination and corrective lenses as needed, to address his report of failing eyesight.

ENTERED
JUDGE MICHELE SIMMONS-1832
APR - 8 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Atty. No.: 30295
Name: Nadine Williams
Atty. for: Bobbie Harrism
Address: 16501 S. Kedzie
City/State/Zip: Markham IL
Telephone: (708) 210 4360

ENTERED:

Dated: 4/8/                      08

Judge

Judge's No. 1432

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Ms. MiAngel Robinson-Cody
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606

February 24-2008.

Mr. Bobby Lee Harlson
ID. 2004 0072892
Div. 10 - 2C
P.O. Box 089002
Chicago Illinois 60608

Case #. 08CV3202

Dear Ms. Robinson-Cody, I hope you all are well.

My Last Conversation with you was on the phone Thursday 21, 2008. you reminded me about a phone Conference set for March 4. 2008. to talk with the Judge. I look forward for the Conference, I absume We will be speaking from the Jail.

About my Case 1:07-CV-00300 I am willing to go to trial on this Case. The truth to be told, I feel it's will be the only adequate measure in solved this Case. However, we talked on the phone about this issue. I explained to you About Dr. Dunlap. As you already know she denied me further treatment. The lady is rude and unprofessional. I told about you about she being investigating by this CerMak guy name. . . . as I was I don't recall his name. Anyway this lady is unreasonable. She gave me an quick examination and kicking me out of her office. I'm not the only one Complaining about this lady, the whole Jail do. The County Jail is the only place She allowed to work at. I tryed to find out the Division 8 R.T.U. dispensary doctor name, but was unable to get it. I'lve Check with the Socialworker. Nevertheless, it's hard to get any information in here.

Ms. Robinson, you asked me what I want to do? I want this Case set for. trial. I know it a lot of work in taking any Civil Right Case to trial, but some cases need to go. So, we will need to get together for Amending the Complaint to add other defendant, etc.

I go to Criminal Court in the morning, which is the 25. I will attempt to call you in a few days. I need for you to make me some photoCopies of the grievances I have included 21 grievances. Send me the 21 pink Copies back along With a extra Copy of each of the 21 grievances. I need these Copies, the Law library don't give extra copies.

Thank you for your time. I look forward in talking to you in a few days.

Note: It 29 pink copies and 1 white copy.

Sincerely ~
Bobby Harrison

Part-A / Control #: 2006 X 1500

Referred To: Supt of Div1

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Harrison          First Name: Bobby

ID #: 2004-0072842   Div.: 1   Living Unit: G 2   Date: 12/20/06

BRIEF SUMMARY OF THE COMPLAINT: We detainees are Concerned about the use of used razors that are being passed out by the third shift officers. Last Wensday (12-13-06) Officer Tuzin passed out used razors, when the detainees reminded him that the razors were used he looked at them and stated "they do have hair in them and you all can give them back. Some detainees kept their razors and some did not. Used razors that have been passed out has been going on for a long while and not only this division but others too. This here is really a life threating situation, because you can catch all type of diseases from used razors. If the Supervisors bring the razors to the officers then they are responible for this mishap. Witnesses list below
Name and ID#: Roe W____        2003 0015586   Name ID. Amilcar Rodriguez # 20050038475
Name and ID#: Eric T. Maravilla  20060-7868   Name ID. Roe ____ Frank # 20060001378
Name and ID#: Norman Buckhanan ____ Name and ID. W____  ____ # 2006-003409
Name and ID#: Terrance Shaw  20050037416   Name ID. Maria S Rancel ____
Name and ID#: ____  2003 0081375  Name ID. Calvin Austin 2005-00C 5911
Name and ID#: Jose Maldonado 2006 0035601  Name ID. Charles Peter 2006001012

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Name and ID#.                         Name ID.
Name and ID#.                         Name ID.

ACTION THAT YOU ARE REQUESTING:

Please do no pass out used razors any more.

## DETAINEE SIGNATURE: Bobby Lee Harrison

C.R.W.'S SIGNATURE: T Hair          DATE C.R.W. RECEIVED: 12/21/06

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control # 2008 X 0440

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _Harrison_    First Name: _Bobby_    ID# _2004-0072892_

Is This Grievance An **Emergency**?    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: _Detainee alleges been denied his medication_

C.R.W. Referred Griev. To: _Cermak_    Date Referred: _03 / 10 / 08_

Response Statement: _Referred to Patient Care Services_

_C Smith_ (print - name of individual responding to this griev.)    _C Smith_ (signature of individual responding to this griev.)    Date: _3 / 12 / 08_    Div./Dept. _CHS_

_D Andrews_ (print - name of Supt. /Designee / Dept. Admin.)    _Jay Wilk_ (signature of Supt. /Designee / Dept. Admin.)    Date: _3 / 14 / 08_    Div./Dept. _10_

_C Walker_ (print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)    Date: _3 / 12 / 08_

Date Detainee Received Response: _3 / 17 / 08_    Detainee Signature: _Bobby Harrison_

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _3 / 17 / 08_

Detainee's Basis For An Appeal: _I been back in div. 1 around 5 months. I usual go to the Law library once a week, and they never medicate me around 4 time in 5 months, and my last court date Feb I wasn't medicate, Please, Can I get my med._

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

_____

_____

Appeal Board's Signatures / Dates:

_____

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___    Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

DEAR Ms. Carroll, this is about the Socialworker Mr. Morales. This guy is rediculous. He have been our socialworker for 2-c Tier for around 2 months, and has not made an adequate measure in assisting detainees on 2C Tier. He has only passed out postages on a few occasions. He will barely talk to the detainees when he come on the tier. The grievances we turned into him, he never return all of them. I've turned several grievance to Mr. Morales around a month ago, and I still have not receive all of my copies back. For example, around January 19, 2008 Mr. Morales, called me down stairs to his office to let me signed an appeal for the Denteal. I asked Mr. Morales, what happen to the other grievances I gave him, the one about the shake-down, etc? He start looked through his drawer, and determined, that none of the grievances have been processed. He said I'll take care of it. Today, is February 10, 2008 and I still have not received those copies. The detainees on 2c Tier have not re-ceived their copies either. I sent you a letter, and a grievance filed against Mr. Moralse, with around 38 signatures, around 3, weeks ago, asked you to ad-dress this issue, to process the grievance, and to return a copy of the grievance and letter back to me. We have not heard from you. This is a serious matter and we. exspect for you to support this issue. Mr. Morales, told detainee Terry Brown, that he was afraid to come on 2-c deck, because he was threaten by a detainee. We Know that Mr. Morales made up that excuse, to not to come on the deck. Ms Carroll, the detainees is always locked-up in their cells, when Mr. Morales come on the deck. We detainees have a constitutional right of access to adequate assistance from a socialworker. Not only have Mr. Morales, violated the detainees rights, he have also violated his duty under the Constitutional standards for not giving meaningful and effective assistance. On Feb 11, 08 I spoke to Mr. Morales, again in his office. I asked him, what happen to the grievance I filed about the deteminate d bleed? He said, I don't know.

| N. Brian Buchanon | ID 20060004248 | N Reginald S. Lane | ID. 20070022007 |
| N. Shaydell Roberson | ID 20060075947 | N. Roger Williams | ID. 20050017090 |
| N. Elliot Brown | ID 20070071910 | N. David Turner | ID. 2008000 1259 |
| N. Jean Gill | ID 20070033260 | N. Glendol McKinney | ID 20060060092 |
| N. Michael Elder | ID 20060031632 | N. Terrell Flowers | ID. 20050080 27 |
| N. Quan Lee | ID 20060074474 | N. Curtis Greer | ID 20050090113 |
| N. Martin Powell | ID 20060093725 | N. Bobby L Harrison | ID 20040072892 |
| N. Robert Taylor | ID 20070061886 | N. | ID. |
| N. Anele Patteson | ID 2006-0092797 | N. | ID. |
| N. Tracy Williams | ID 20060090044 | N. | ID |
| N. Charles Hill | ID 20050084868 | N. | ID |
| N. Jose Romero | ID 20030092847 | N. | ID |
| N. Timothy Smith | ID 20070086555 | N. | ID |
| N. Rafell Lincoln | ID 20060077267 | N. | ID |

Signature Bobby Lee Harrison 20040072892

PART - A / Control # 2007 X 1319

Referred To: Supt Div-1

COOK    COUNTY DEPARTMENT OF CORRECTIONS
DETAINEE    GRIEVANCE

Detainee Last Name: HARRISON    First Name: Bobby
ID # 20040072892  Div. 1   Living Unit G-2  Date June 24 2007

_____ is pretaining to an incident that happened on G-2 teir Wensday morning between 9:30 and 10 A.m. June 20, 2007. It's was a Confrontation between the detainees. One of the detainee Sustained a Serious head injury. Blood were left all over the hall-way. The day shift officer Ms. Costillo, Called for 10-10. There was a lot of officers rushed to the scene, along with 4 to 5 Supervisors and the Superin-teadent Salazar. Superintendent Salazar Conducted the investigation, and Sgt. Taylor, Con-ducted the Strip-Search. He made all of the detainees get giinst the walls and strip butt naked twice, Squat and Coughs. After the searches was finished, Sgt. Taylor, ordered the detainees to pick up their Shoes and walk through the blood bare - foot to their Cells When I got back to my Cell, I noticed blood stain on my Sock. The G-2 teir was put on lock-down for the rest of the day. The next morning around 8, A.m. June 21, 2007 the high side were let out of their Cells. I was Called to the bullpring around 8:15 A.m. And when I returned around 11:30 A.m I noticed the blood was Still on the floor in the hall-way in front of the Cells, and Some of the detainees on the high Side was tracking back and foreward through the blood. I realized this is a medical deck and people is on phy. medication. I Walk-up to the inter-lock and Spoke to officer Rule, who was working there. I asked officer Rule for Some Cleaning gear to Clean the blood up in the hall-way? He Said no"; I Say officer, since yesterday, and that the detainees were tracking throuy it, and we may Catch Some deseases from the blood. Officer Rule Said yeah' I agree with you, but I was authorized by the Superintendent not to give out any Cleaning gear. I told my Celly Trzeciak, what officer Rule Said. Trzeciak Said I've already Spoked to officer Costillo, earlier pretaining to the Cleaning gear, and she Said that we were on bones, and that the Superintendent Salazar told her that we couldn't get anything to Clean up with. I noticed when we locked down at noon on June 21, 2007 the blood were Still on the floor in the hall-way, I've also noticed that this place is infested, with insects, rats, and mice and they also track's through the blood as well, I assumed. Nevertheless, they carries deseases throughout the Jail, and at Night the insects, mice, and rats Crawing over our Commissary, etc. The Caundy has failed to Clean up Contaminated blood, and failure to regularly provide the detainees with protecting gear to help up the blood as well. I am Concern about our health. (what staff know about this incident). The ones who did the Shake-down the tier officers Supt. Salazar, Sgt. Taylor, officer Rule, officer Costillo,
Detainees is witnesses as following: Name: Buchanan   Id # 20060004242
Name: Ben Williams   Id # 200730 8558   Name Charles Simmon Id # 20060012341
Name: Charles Estes   Id # 2000000102   Name Cornelius Rodriguez Id # 20050038475
Name: Joseph Trzeciak  Id # 20060012928   Id #
Name: James Gardner   Id # 20040053384   Id #
What are you requesting: To go to Cook Health Services to be Check-out to make sure that I didn't ctch anything from the infested blood, and that Sgt. Taylor, and Superintendent Salazar be put on re-cution for their negligence.

Bobby Lee Harrison

R.W. Signature Soc Worker Date   C.R.W Received   Date: 6 28 07

NOTE: I noticed again today June 24, 2007 after the Clean up there is Still blood on

DETAINEE
COPY

Part – B / Control # 2007 X 1319

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: HARRISON    First Name: Bobby    ID# 2004-0072892

Is This Grievance An Emergency?    YES ☐    NO ☑

C.R.W.'S Summary Of The Complaint: Detainee alleges unhealthy living unit conditions –

C.R.W. Referred Griev. To: Supt Div-1    Date Referred: 6/29/07

Response Statement:

Living Unit Dayroom Area was Clean & treated By the End of 7-3 Shift

J.B. SALAZAR – Sgt Hoff 33    Date: 6/29/07    Div./Dept. F
(print - name of individual responding to this griev.)    (signature of individual responding to this griev.)

J.B SALAZAR – Sgt Hoff    Date: 6/29/07    Div./Dept. I
(print - name of Supt. / Designee / Dept. Admin.)    (signature of Supt. / Designee / Dept. Admin.)

J. Mueller –    Date: 6/29/07
(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 6/29/07    Detainee Signature: Bobby Harrison

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 6/29/07

Detainee's Basis For An Appeal: The Hall-way wasn't clean-up until the next day June 21, 07 after we got lock up around 12 noon I got blood on my feet, because the Sgt made us walk through it James Garner is the one who clean it up    his ID is 2004p057

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☑

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Living unit was cleaned – Detainee can address health concern with a request to CHS

Appeal Board's Signatures / Dates: 7-10-7    7/4/

Date Detainee Rec'd the Appl. Bd.'s Response: 7/11/07    Detainee Signature: Bobby Harrison

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFF)

Part – B / Control # 2008 X 0440

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _Harrison_    First Name: _Bobby_    ID# _2004-0072892_

Is This Grievance An **Emergency?**    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: _Detainee alleges been denied his medication_

C.R.W. Referred Griev. To: _Cermak_    Date Referred: _03/10/08_

Response Statement: _Referred to Patient Care Services_

_C Smith_ (print- name of individual responding to this griev.)    _C Smith_ (signature of individual responding to this griev.)    Date: _3/12/08_  Div./Dept. _CHS_

_D Andrews_ (print - name of Supt. / Designee / Dept. Admin.)    _signature of Supt./Designee / Dept. Admin._    Date: _3/14/2008_  Div./Dept. _10_

_L Walton_ (print - name of Prog. Serv. Admin./ Asst. Admin.)    _signature of Prog. Serv. Admin./ Asst. Admin._    Date: _3/12/08_

Date Detainee Received Response: _3/17/08_  Detainee Signature: _Bobby Harrison_

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _3/17/08_

Detainee's Basis For An Appeal: _I been back in div. 1 around 5 months I usual go to the law library once a week, and they never medicate me around 4 time in 5 months, and my last court date Feb I wasn't medicate, Please, Can I get my med._

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Appeal Board's Signatures / Dates:

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___  Detainee Signature: _____

GRIEVANCE CODE(S):  (_____)  (_____)  (_____)  (_____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Bobby_____ _Harrison_____ Today's Date: _March 28 08_

ID #: _20 04_ -- _067 2392_ Division: _10_ Tier: _2-C_ Birth Date: _12 25 52_
(Booking Year) (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: I was sent to Proident hospital in the first week in January, 2008. to get an Lowering. to Check any colon The Doctor wasn't there. I was rescheduled for the following week. Today is March 28, 2008 I haven't been back yet. I noticed blood in my stool on several occasions Could I please get back to the hospital to get my Colon Check. it been around 2 years before it was Checked and I was prescribed medicine for my problem

How long have you had this problem? _9___ days / weeks / (months) (circle one)

Next Court Date:

!!!STOP!!!   DO NOT WRITE BELOW THIS LINE

Referred to: ☐ Medical ☐ Dental ☐ Mental Health ☐ Health Educator ☐ DOC Date:

**Initial Provider Note:** _____

_____

_____

_____

_____

Signature/Title:_____ Date:_____ Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:   ☐ Sick Call   ☐ PRN

Signature/Title:_____ _____ Date:_____ Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____ Time:_____

PATIENT LABEL

Form# 86322  Rev: March 2008



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _J. bb, Harrison_     Today's Date: _1 - 27 - 07_

ID #: _2004_ - _007291 2_ Division: __10__ Tier: _2-C_ Birth Date: _12-20-52_
    (Booking Year)    (Number)

---

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I need to see a doctor for my back_
_Problem. I can bardly bent over_
_____
_____
_____
_____

How long have you had this problem? __2__ days / weeks / (months) (circle one)
Next Court Date:

## !!!STOP!!!    DO **NOT** WRITE BELOW THIS LINE

---

Referred to: ☐ Medical ☐ Dental ☐ Mental Health ☐ Health Educator ☐ DOC   Date:

**Initial Provider Note:** _____
_____
_____
_____
_____

Signature/Title: _____ Date: _____ Time: _____

**Secondary Disposition:** (as indicated): Recommended Follow-up: ☐ Sick Call   ☐ PRN

Signature/Title: _____ _____ Date: _____ Time: _____

**Appointment Scheduler:**

Appointment Date: _____

Signature/Title: _____

Date: _____ Time: _____

PATIENT LABEL

Form#: 86322  Rev: March 2008

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE HEALTH SERVICE REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Bobby Harrison_    Today's Date: _1-26-07_

ID #: _2004_ - _0072892_ Division: _16_    Tier: _2C_    Birth Date: _12-20-52_
(Booking Year)    (Number)

**FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM <u>USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.</u> EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.**

☐ I want information about HIV / AIDS

Describe your problem: _I been having serious headaches_
_for around a month, dizziness. Can I please_
_See a doctor_

How long have you had this problem? _1_ days / weeks / (months) (circle one)
Next Court Date:

## !!!STOP!!!    DO NOT WRITE BELOW THIS LINE

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC    Date:

**Initial Provider Note:** _____

_____

_____

_____

Signature/Title: _____ Date: _____ Time: _____

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call   ☐ PRN

Signature/Title: _____ Date: _____ Time: _____

**Appointment Scheduler:**

Appointment Date: _____

Signature/Title: _____

Date: _____ Time: _____

PATIENT LABEL

Form#: 86322  Rev: March 2006

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Bobby Lee Harrison_        Today's Date: _3-10-08_

ID #: _2 C C 4 - C 072892_  Division: _10_   Tier: _2 C_   Birth Date: _12-26-5?_
      (Booking Year)    (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I went to the Dentist around 3 weeks ago pretaining to infection tooth and bleeding Gums. The Dentist Say I have build up whats Caused my gums to bleeds. I asked the Dentist about cleaning my teeth, he denied it. He said the County don't Clean teeths. I need my teeth Clean, because this bleeding Can resulted into gum disease. Please Can I get my teeth clean? Thank you._

How long have you had this problem? _____ days / weeks / months  (circle one)

Next Court Date:

### !!!STOP!!!  DO NOT WRITE BELOW THIS LINE

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC   Date:

**Initial Provider Note:** _____

_____

_____

_____

_____

Signature/Title:_____ Date:_____ Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call   ☐ PRN

Signature/Title:_____ _____ Date:_____ Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

Form#: 86322  Rev: March 2008



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: __Bobby_____ __Harrison_____ Today's Date: _Jan. 21. 07_

ID #: _2 0 04_ -- _0072892_ Division: _10_ Tier: _2-C_ Birth Date: _12-26-52_
(Booking Year)     (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I made a request around a week ago about my celly having the T.B. Mr. Adeat got blood on my milk and other stuff in the room. Mr. Robert Adeat admitted that he use to have a T.B. and they didn't give him a T.B. Test when he come in on the next, I think I have been contracted to this disease I demand a T.B. Test. Nurse Prize & Nurse Gates have denied me a test._

How long have you had this problem? _8_ days / weeks /(months) (circle one)
Next Court Date:

### !!!STOP!!!   DO NOT WRITE BELOW THIS LINE

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC   Date:

**Initial Provider Note:** _____

_____

_____

_____

_____

Signature/Title:_____ Date:_____ Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call   ☐ PRN
Signature/Title:_____ Date:_____ Time:_____

**Appointment Scheduler:**
Appointment Date:_____

Signature/Title:_____

Date:_____ Time:_____

PATIENT LABEL

Form#: 86322  Rev: March 2006

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Bobby Lee Harrison_                Today's Date: _1-21-2008_

ID #: _2004-0022892_ Division: _10_ Tier: _2-C_ Birth Date: _12-26-52_
(Booking Year)   (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _I been Having a toothache for over 3 months My gum is infection. I am in Serious Pain My gums bleeding all the time May I please See a dentist this is an emergency Thank You_

How long have you had this problem? _over 3_ days / weeks / (months) (circle one)
Next Court Date:

### !!!STOP!!!    DO NOT WRITE BELOW THIS LINE

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC    Date:

**Initial Provider Note:** _____

_____

_____

_____

_____

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:    ☐ Sick Call    ☐ PRN

Signature/Title:_____Date:_____Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

Form# 86322  Rev: March 2006

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.

Side 1 - English

Name: Bobby          Harrison          Today's Date: Jan. 1, 07

ID #: 2004 -- 0072992 Division: 10    Tier: 2-C    Birth Date: 12-26-52
     (Booking Year)    (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: I can't see, I need to see an ophthalmologist for my eyes. The glasses that was prescribed to me in May, 2007, I barely can see out of them. My old pair of bifocal, only have one lens. I showen Dr Penlope, she denie's making me appoint to see the eye-doctor.

_____

_____

How long have you had this problem? 8     days / weeks / (months) (circle one)

Next Court Date:

## !!!STOP!!!    DO NOT WRITE BELOW THIS LINE.

Referred to: ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC    Date:

**Initial Provider Note:** _____

_____

_____

_____

_____

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call    ☐ PRN

Signature/Title:_____Date:_____Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

Form#: 86322  Rev: March 2006