IN THE UNITED STATE DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

---

Name of first plaintiff in this Case et al.
Bobby Lee Harrison, In. No: 20040072892
Other Plaintiff

Name of all Defendants
County of Cook, Illinois, and
Thomas Dart, Sheriff
Salvador Godinez, Executive Director
Chester Plaxico, Superintendent.

DECLARATION Pretaining to
Inadequate Medical Care.
08CV3202
( ) Civil Action No: ~~~~~

Judge Kennelly

FILED
JUL 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

Plaintiff Bobby Lee Harrison, is making this statement.
Upon information and belief....
Durning the earily part of 2007 the County was experiencing an budget cuts
Around 5 to 6 months the County didn't have a dentist or a eye doctor in the Jail. Delay in provided prescription medications once it was prescribed by a doctor. Sometime the Jail don't provide the medicine at all.
The budget cut resaulted into firing various Jail administrators and doctors, which exacerbated these problems and further endangered the health and safety and lives of all detainees in the Cook County Jail. This kind of inadequate services is uncontitutional which amount to deliberate indifference.
  I suffered from a toothache and infection gum and it took me around 3 to 4 months to see a dentist. Dispite, submitted numberous medical request forms, Complained to the officials, and filed several griences and appeals.

Plaintiff Bobby Lee Harrison, do declare under penalty of perjury that the foregoing is true and correct to the best of my ability

Signatures of plaintiff  Bobby Lee Harrison