7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

F I L E D
JUL 2 2008
JUL 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

BoBBy Lee Harrison
Plaintiff v.
COUNTY OF COOK, ILLINOIS and THOMAS DART
CERMAK HEALTH SERVICES, ANN DUNLAP
LATURE, John MUELLER and John DOE.

CASE NUMBER  08CV3202

Defendant(s)

JUDGE Kennelly

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:
I, BoBBy LEE HARRISON, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # 2004 007 2892    Name of prison or jail: Cook County Department of Corrections
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount: ___

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: ___
   Name and address of employer: ___

   a. If the answer is "No": was in around 1996 for 2 to 3 months, I was employed and again in 2004 for around 3 weeks due to disabilities I'm not able to work.
      Date of last employment: (1)___
      Monthly salary or wages: in 1996 Around 400 dollars a month. In 2004 around 100 pre week.
      Name and address of last employer: in Wesconcin address is unknown.

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: ___
      Name and address of employer: ___

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                          ☐Yes   ☒No
      Amount ___   Received by ___

b.  ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____Received by_____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support (unsure mother may have me in life insurance)
    ☐Yes    ☒No
Amount_____Received by_____

e.  ☒ Gifts or ☐ inheritances    ☐Yes    ☐No
Amount _around 30 to 40 dollars a month_ Received by _Family_

f.  ☐ Any other sources (state source:_____)    ☐Yes    ☒No
Amount_____Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 5/10/08

_Bobby Lee Harrison_
Signature of Applicant

_BOBBY LEE HARRISON_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Bobbie Harrison_, I.D.#_2004-0072892_, has the sum of $ _0.16_ on account to his/her credit at (name of institution) _CCDOC_.
I further certify that the applicant has the following securities to his/her credit: _N/A_. I further certify that during the past six months the applicant's average monthly deposit was $ _69.16_.
(Add all deposits from all sources and then divide by number of months).

05/14/08
DATE

_[signature]_
SIGNATURE OF AUTHORIZED OFFICER

_J. Morales_
(Print name)

Rev. 7/18/02



**ARAMARK** — Managed Services — *Managed Better.*

## **TRANSACTION REPORT**
Print Date: 05/13/2008

Inmate Name: HARRISON, BOBBIE            Balance:    $0.16
Inmate Number: 20040072892
Inmate DOB: 12/26/1958

| Stamp | Transaction | Amount | Balance |
|---|---|---:|---:|
| 04/30/2008 | ORDER DEBIT | -18.15 | 0.16 |
| 04/16/2008 | ORDER DEBIT | -35.68 | 18.31 |
| 04/09/2008 | ORDER DEBIT | -23.30 | 53.99 |
| 04/02/2008 | ORDER DEBIT | -34.67 | 77.29 |
| 04/02/2008 | RELEASE FUNDS | -27.99 | 111.96 |
| 03/26/2008 | ORDER DEBIT | -33.39 | 139.95 |
| 03/19/2008 | ORDER DEBIT | -54.18 | 173.34 |
| 03/12/2008 | CREDIT | 200.00 | 227.52 |
| 03/12/2008 | ORDER DEBIT | -23.23 | 27.52 |
| 03/06/2008 | RELEASE FUNDS | -12.69 | 50.75 |
| 03/05/2008 | ORDER DEBIT | -26.68 | 63.44 |
| 02/28/2008 | CREDIT | 50.00 | 90.12 |
| 02/28/2008 | CREDIT | 20.00 | 40.12 |
| 02/28/2008 | CREDIT | 10.00 | 20.12 |
| 02/28/2008 | CREDIT | 10.00 | 10.12 |
| 02/06/2008 | ORDER DEBIT | -0.28 | 0.12 |
| 01/30/2008 | ORDER DEBIT | -1.20 | 0.40 |
| 01/23/2008 | ORDER DEBIT | -0.80 | 1.60 |
| 01/16/2008 | ORDER DEBIT | -30.60 | 2.40 |
| 01/09/2008 | ORDER DEBIT | -23.23 | 33.00 |
| 01/04/2008 | RELEASE FUNDS | -14.05 | 56.23 |
| 01/03/2008 | CREDIT | 20.00 | 70.28 |
| 01/03/2008 | CREDIT | 50.00 | 50.28 |
| 01/02/2008 | ORDER DEBIT | -1.18 | 0.28 |
| 12/24/2007 | ORDER DEBIT | -20.76 | 1.46 |
| 12/21/2007 | RETURN CREDIT | 1.80 | 22.22 |
| 12/19/2007 | ORDER DEBIT | -16.01 | 20.42 |
| 12/12/2007 | RELEASE FUNDS | -16.81 | 36.43 |
| 12/11/2007 | ORDER DEBIT | -11.46 | 53.24 |
| 12/11/2007 | CREDIT | 15.00 | 64.70 |
| 12/11/2007 | CREDIT | 20.00 | 49.70 |
| 12/11/2007 | CREDIT | 10.00 | 29.70 |
| 12/11/2007 | CREDIT | 10.00 | 19.70 |
| 11/27/2007 | ORDER DEBIT | -17.20 | 9.70 |
| 11/18/2007 | ORDER DEBIT | -23.25 | 26.90 |
| 11/14/2007 | CREDIT | 20.00 | 50.15 |
| 11/14/2007 | CREDIT | 20.00 | 30.15 |