FILED CH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUL 2 2008 aew
JUL 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BOBBY LEE HARRISON
Plaintiff(s)
County of Cook, Illinois, and Thomas Dart
Cermak Health Services, Ann Dunlap,
CA Toure, John Mueller, and John Doe.

Defendant(s)

Case Number: 08CV3202

Judge Kennelly

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, **Bobby Lee Harrison**, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☒ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Bobby Lee Harrison
Movant's Signature
Bobby Lee Harrison
Division 10 1-4
Street Address P.O. Box 089002
Chicago, Illinois 60658
City/State/Zip

Date: May 19, 08

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge  The Honorable Matthew F. Kennelly | Case Number 1:07-CV-00300 Harrison v. County of Cook et, al. |
|---|---|
| Case Title   HARRISON V. COUNTY OF COOK et, al. ||
| Appointed Attorney's Name  M. Robinson-Cody. Schiff HARDIN LLP 6600 SEARS TOWER, Chicago, Illinois 60608   Phone #: 312 258-5573 or 312-258-5822 ||
| If case is still pending, please check box: [ ] ||

| Assigned Judge | Case Number |
|---|---|
| Case Title ||
| Appointed Attorney's Name ||
| If case is still pending, please check box: [ ] ||

| Assigned Judge | Case Number |
|---|---|
| Case Title ||
| Appointed Attorney's Name ||
| If case is still pending, please check box: [ ] ||

| Assigned Judge | Case Number |
|---|---|
| Case Title ||
| Appointed Attorney's Name ||
| If case is still pending, please check box: [ ] ||