Clerk of The U.S. District Court
Prisoner Correspondence
United State CourtHouse
219 South Dearborn Street
Chicago, Illinois 60604
08C3202

Bobbies Allison
20040072492
Div. 10 1-A
P.O. Box 089002
Chicago, IL 60608.

June 26, 08

**FILED**
JUL 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk, this is my fifth ~~fourth~~ attempted to mail this letter. The post office has sent it back 4 times. State: We regret that your mail was not collected or is being returned to you due to heightned security requirement. All mail that bears postage stamps and weighs more than 13 ounces must be taken by the customer to a retail services associate at a post office. Detainees here do have access to a scale to weight our mails. However, the envelope 1 of 1 only had 88 pages. 88 pages of legal papers don't weights up to 13 ounces. Envelope 1 of 2 had 114 pages. 114 pages don't equal to 13 ounces. I was told it take 20 pages of legal papers to equal one (1) ounces. Is that the case the post office is returned my mail without rightous justification. I have included the same documents and the same setup in separate legal envelope 1 of 1 & 1 of 2 like I did on the other occasions. Notice i decide to send this mails in three (3) separate legal envelopes. 1 of 1 — 1 of 2 & 1 of 3

Thank you for your time and for considering this matter.

Clerk of The U.S. District Court
Prisoner Correspondence
219 S. Dearborn St
Chicago, Illinois

June 16, 08

Bobby Harrison
2004 0072892
Div 10 1-A
P.O. Box 089002
Chicago, IL 60608

Case #: 08CV3202

Dear Clerk, This letter returned back to me stated All Mail that bears postage stamps and weights more than 13 ounces must be taken by the customer to a retail services associate at a post office. This the second times this mail have returned. I have included 3 section of the complaints 2 in on envelope, In Forma Pauperis Application & Financial Affidavit, Declaration, grievances.

In the second envelope I included 1 section of the complaint, grievances, appeals and copies of letters.

The 2 envelope I mailed in the end of May I assumed the one with the 4 section made it, because one of the envelope returned to me, for lack of postage. The Law library don't always put enough postages on the Mail.

I'm sorry that I had to write this letter. with a pencial, due to the county stop provided ink pens on their commissary.

Respectfully
Bobby Harrison

1

Clerk of the U.S. District Court
Prisoner Correspondence
U.S. State Courthouse
219 South Dearborn Street
Chicago, Illinois 60604,

Bobby Lee Harrison
20040072892
Div. 10 1-A Teir
P.O. Box 089002
Chicago, Illinois 60608.

June 3, 2008

Dear Clerk, I filed this claim on May 28, 2008 in separate legal envelopes. One envelope had 3 section of the complaint along with Motion for Appointment of Counsel, in Forma Pauperis Application. The other envelope had 6 section of the complaint. However, one of the legal envelope returned today 6-3-08 with 3 section complaint, motion for Appointment of Counsel and the informa Pauperis. The legal envelope with the 6 section did not return. The three section returned for the lack of postages. I'm not certain if the package with 6 section made it through or not. I am returned 2 of the section, with the motion for Appointment of Counsel, and informa Pauperis, in one. I need for the Court to let me know if they receceived the 6 section. If not when I go to the Law library on June 9, 2008 I will mail the additional section. I am indigent and the Law library had failed to put adequate postage on the outgoing mails. I also included other documents in the package.

Thank you for your time and for considering this matter.

Respectfully Bobby Lee Harrison

Clerk of the U.S. District Court
Prisoner Correspondence
U.S. Courthouse
219 S. Dearborn St
Chicago Illinois 60604.    May 28, 2008

Bobby Lee Harrison
ID.# 20040072892
Div. 10  1-A Teir
P.O. Box 089002
Chicago, IL 60608

Dear Clerk, this is a new civil right claim. Pertaining to medical issues. In this envelope I have included a motion for Appointment of Counsel, In Forma Pauperis Application and Financial Affidavit. And it a 9 Section Complaint 3 Section is in this envelope. And a separate envelope which have 6 Section. Thank you for your time. I look forward to receive a copy of the In Forma Pauperis Application in the mail. This letter and the legal document being put in the mail on May 28 2008 8 A.M. at the Cook County Department of Corrections.

"Note" This Medical Complaint under The Civil Rights Act, Title 42 Section 1983 U.S. Code (state, county, or municipal defendants). I check all 3 section in this envelope under 42 Section 1983 U.S. Code, but I forgot to check the other 6 section in the Second envelope under 42 1983. Clerk, will you please place the ✓ in the blank. Under (42-1983). Thank you.

( "Note" Read the second letter )

Bobby Lee Harrison
Respectfully Submitted