Case 08CV3202 Document ___ Filed ___ ___ ___   Page 1 of ___

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Judge Copy

BOBBY LEE HARRISON

Plaintiff

v.

COUNTY OF COOK, ILLINOIS,
THOMAS DART, ( _____ ) in his
Official Capacity as Sheriff of Cook County,
ANN CATOURE ( _____ ) in her
Official Capacity as Medical Director of (CHS)
ANN DUNLAP, individually and in her official
Capacity as head Doctor of Divison, Ten (10) D.S.
JOHN MUELLER, individually and in his official
Capacity as Supervisor of program—
and JOHN DOE, individually and in his official
Capacity as Ophthalmologist of (CHS)

Case No: 08CV3202

Honorable Judge: Matthew F. Kennelly

Magistrate Judge: _____

JURY TRIAL DEMANDED ☑

**RECEIVED**

DEC 2 4 2008
DEC 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**ORIGINAL**   FIRST AMENDED COMPLAINT

Plaintiff Bobby Lee Harrison, pro se, presents his first Amended
Complaint against all the above Defendants in their Individually and some defendants in their of-
ficial Capacities. To redress the deprivation under Color of State Laws, of rights secured by
the Constitution of the United States. The defendants violation of Plaintiff's Constitutional rights
under the 8th Amendment & 14th Amendment of the United States Constitution, arising from Gross negligence & de-
privation. To readress the issues.     **INTRODUCTION**

1. This Complaint is brought pursuant to 42 U.S.C. §§ 1983 and 1988 and Illinois
law, seeking declaratory and injunctive relief and damages for unconstitutional acts
that deprived plaintiff of due process guaranteed to him by the fourteenth Amendment
to the United States Constitution, and that violated Illinois law.

2. The Court has Jurisdiction over this action pursuant to 28 U.S.C. §§ 1331,
1343 (2)(3), 1367, and 2201. This Court has the authority to declare and legal relations of the
parties pursuant 28 U.S.C § 2201 because this Case presents an actual Controversy within
the Court's Jurisdiction. Federal rule of Civil procedure (15) allows plaintiff's to amend (make
Changes to) or Supplement (add new information to) a Complaint. Rule 15(a) gives you a right
to amend your Complaint once, for any reason, before the defendants File an answer. you may amend
once as of right even after the defendants File a rule 12(b) motion to dismiss . . . . .

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391 (b). All parties reside in this District, and the events giving rise to the claims asserted in this action occurred in this District.

## PARTIES

4. Plaintiff, a citizen of the State of Illinois, is a pretrial detainee in the custody of the Cook County Department of Corrections ("CCDOC") and housed at the Cook County Jail located at 2600 S. California Avenue, Chicago, Illinois. Plaintiff was admitted to the Cook County Jail on September 7, 2004, and has remained in custody during the time of the events set forth in this Complaint. Plaintiff is currently being held in Divison Ten (10) of the Cook County Jail. Plaintiff Harrison, has filed 5 lawsuit against the county 4 of them is still pending in this court 08c-c020|08c 6260|08c1263 (This case is dealing with new facts) 09c 0100|09c2110 5. Defendant Cook County is a local public entity under the laws of the State of Illinois. Cermak Health Services ("CHS") is a department of Cook County that provides health care services to detainee at CCDOC. Cook County and CHS are responsible for providing CCDOC detainees with access to adequate health care services, and with developing policies and procedures to ensure that such services are provided on a appropriate timely basis

6. Defendant Thomas Dart, is the Sheriff of Cook County, Illinois. The Sheriff is the warden of CCDOC, and CCDOC is under his supervision and control. The Sheriff is responsible for CCDOC's operations; has custody of all CCDOC detainees; is responsible for detainees' protection and well being, including their medical needs; is responsible for the hiring, training, supervision, and actions of CCDOC personnel; and sets the policies and procedures of CCDOC, including the detainee grievance process. He are sued in his official capacity.

7. Defendant Ann Cotoure, is the Medical Director of Cermak Health Services (CHS). She is responsible for supervising the Medical Staff, and providing detainees with adequate health care services, and dispensing prescription medications. And also to ensure such services are provided on a appropriate timely basis. Catoure. is responsible, inter alia, for ensuring that the practices of Cermak Heath Services complies with federal and state requirements for the treatment of detainees. Catoure, has implemented, enforced, or condoned the use of procedures challenged in this case. She are sued in her official capacity

8. Defendant Ann Dunlap, is the head medical doctor of Divison Ten (10) dispensory (DS) she is responsible for supervising the Medical staff of Divison Ten (10) a responsible for providing detainees with adequate health care services. Her responsibility is to dispenses prescription medications, and to ensure such services is provided in Divison Ten (10) on a appropriaite timely basis. Dunlap, has implemented, enforced, or condoned the use of procedures challenged in her Divison. She are sued in her individual and official capacity.

9. Defendant John Mueller, is a supervisor of the programs services of Divison five (5) Mueller, is responsible for supervising the C.R.W. staff, and to ensure that all detainees received adequate services. It's also his legal responsibility to process the Marjority of detainees grievances, or to forward them to the next level if it can not be rectified at his level. He are sued in his individual and official capacity.

10. Defendant John Doe, is the ophthalmologist (eye-doctor) of CHS. Doe, is responsible for providing pretrial-detainees with adequate eye-care, and for dispensing prescription for eye-glesses... He are sued in his individual and official capacity

### FACTS

11. Around May 2007 plaintiff's was seen at CHS for failing eye-sights. Plaintiff spoke to an Male John Doe, ophthalmologist. The ophthalmologist preformed an inadequate eye examination and dilates test, which resulted to Plaintiff not seeing clearly. Plaintiff's made the eye doctor aware of his Wrangful conduct. The ophthalomologist fitted Plaintiff's with bifoucal and called the next person.
Defendant decision and conduct in implementing creating, condoning, or carrying out the this policy or custom of uniformly fitted the Plaintiff with glasses in the manner violated Plaintiff's constitution rights to due process rights under the fourteenth amendment to the United States Constitution.

12. Around the end of July 2007 the bifoucal glasses was delivered to Plaintiff by the divison 10 dispensary nursing staff. Plaintiff's tryed on the glasses and determined that he could bearly see out of them. Plaintiff complainted to the nursing staff, and submitted a couple of medical slips, no response. On August 11 2007, I filed a grievance C.R.W Ms Butler, made it an request. See exhibit A-1. . . .
Denial access to the jail administration, violated Plaintiff Amentment rights under the united states constitution, and that violated the Illinois State Law.

13. Around August 21 2007 I was seen in divison 10 dispensary. I spoke to Dr. Dunlap, I made her aware of my eye conditions, that I couldn't see out of the bifoucal I resently received. Plaintiff's requested to be rescheduling for    correction of lens. Dr. Dunlap, stipulated that the county doesn't have an ophthalmologist any more, due to the budget cuts Plaintiff's requested to go outside the institution to see an ophthalmologist and requests was denied.

14. In April 2007, Cook County officials publicly acknowledged that the United States Department of Justice did conducted a civil rights investigation into conditions at the Cook County Jail, including but not limited to an investigation of the quality of medical provided to pretrial detainees. On information and belief, recent budget cuts and the firing of various Jail administrators and doctors have exacerbated these problems

and further endangered the health, safety, and lives of pretrial detainees. Moreover, on information and belief, because CHS must account to Cook County for its expenditures for medical services provided to pretrial detainees, necessary medical services for detainees' serious medical needs are either delayed or not provided at all.

15. Defendants decision and conduct in implementing creating, condoning, or carrying out this indequate policies, practices or custom of uniformly engaging in the manner violated Plaintiff's Contitution rights to due process rights under the fourteenth Amendment to the United States Constitution.

16. In October 2007 I was seen in divison 10 dispensary again. I spoke to Dr. Dunlap about my health conditions and my failing eye-sights. Plaintiff requested to be scheduling to see an ophthalomologist, and my request was denied.

17. During November, 2007 on several occasions Plaintiff was seen in divison 10 dispensary. Usually on each occasion Plaintiff spoke to Dr. Dunlap. and made her aware of his failing eye sights. On each occasion Plaintiff was denied medical attention. Despite plaintiff showed her his old pair bifoucal which only have one lens. Her favorite saving is you're costed the County over 20,000, and have seen every specialist in the building. Defendant Dunlap, acts with deliberate indifference for using remarks, and for not scheduling Plaintiff's to see and eye-specialist. Denial medical treatment, or medical attention violated Plaintiff Constitution rights to due process rights under the fourteenth Amendment to the United States Constitution.

18. On November 15, 2007 I filed a grievance pertaining to denial of eye-glasses, and C.R.W. Ms. Butler, made it a request. C.R.W. Ms. Bulter, has taken Plaintiff's grievances and converted them into requests in order to avoid issuance of a control number preventing Plaintiff grievances from being properly processed Denial access to the administrative grievances and appeal Procedures. Violation of Plaintiff First and fourteenth Amendment rights. to the United States Constitution. see: exhibit A-2...

### for The medical Records:

Its not how many times an inmate are seen in a dispensary for medical attention. what's Count is how many times did he /or she received adequate medical treatment. Plaintiff's Harrison, was seen in divison dispensary on numerous occasions., but only received adequate medical treatment on few occasions. Usually plaintiff was denied medical attention espeically by defendant Dunlap...

19. In October 2007 My Attorney Marla Shade Harris, and her Supervisor who represent me in case:no 07C-0300 visted me at the Cook County Jail. I made my Attorneys aware of my failing eye-sights. and about Dr. Dunlap, denying me eye-glasses. I showed my Attorneys my one lens bifoucal. I asked Ms. Marla Shade Harris, to bring me a pair of reading glasses 2.75 strength to the Jail? I made her aware that C.R.w. will give me the glasses. Said C.R.w. name Ms. Bulter

20. The first week in November, 2007 I called my Attorney Ms Marla Shade Harris. Ms. Harris, stipulated that she had already mailed the plastic framed reading glasses 2.75 strength to the Cook County Jail in care of C.R.W. Ms Bulter. I spoke to C.r.w. Ms Bulter on several occasions pertaining to the glasses. She stated that she never received the glasses.

21. My Lawyer Ms. Harris, sent me a copy of the letter she wrote to C.R.w. Ms. Bulter, on November 20, 2007. it's states: I represent Mr. Bobby Lee Harrison, an inmate at the Cook County Jail, who indicated that you would be able to deliver the enclosed plastic framed reading glasses (+2.75) to him directly. If you are unable to assist us, please call me at the number above let me know how to send the glasses to Mr. Harrison. Sincerely Marla Shade Harris. see exhibit A-3

22. On December 17, 2007 my Attorney Ms. Harris, wrote me a letter informing me that she sent the reading glasses to C.R.w. Bulter, in divison 10 on november ____ 2007. as of December 13, 2007 Social worker Bulter, still had not received the glasses and they have not been returned to her. I called Mr. John Mueller, and he stated different to what Ms. Bulter. said. he said inmates is not entitled to reading glasses unless they are prescribed by the jail eyedogist that he sent the glasses back. as of December 2, 2008 a year later plaintiff nor his Attorney have received the glasses. back see exhibit A-4.

23. In December 2007 Plaintiff spoke to Supt. Andrewes ____ pretaining to eye condition. Plaintiff also made him aware of his Attorney sending him a pair of plastic framed reading glasses through the mail in care of C.R.w Bulter. and her Supervisor Mr. Mueller intercepted them. Supt. Andrewes ____ said muelle, didn't have any business interfering with my glasses, that he didn't runs nothing in his Jail.

24. Due to Defendant Mueller, wrongful conduct interfering with plaintiff necessary element. Failed to properly administer pretrial detainees as a proximate result of this gross negigence and intentionally deprived plaintiff of necessary health care: as a result, plaintiff's eye-sights has been deteriorating rapidly day by day causing plaintiff mental distress, emotional distress, headaches and de-pression. The defendant wrongful conduct and deliberate indifference to plaintiff serious Medical needs. Constitution due process rights under the fourteenth Amend-ment to the United States Constitution.

25. On January 1, 2008 plaintiff filed a grievance Control No: 2008 X 0021 pertaining to plaintiff eye-condition-It's partly states: Re advised this is an emergency I can hardly see. I have exhusted all available administrative remedies regarding to this matter. Please, Can I see a eye-doctor... See exhibit A-5. plaintiff appeal on _____ response states refree to CHS. See exhibit A-6. . .

26. Around December, 2007 or in January 2008 I'm not certain about the date. However plaintiff, was called to Divison 10 Barber Show. where some official business was being Conducted. When I arrived the area was filing with Pretrial detainees from difference tiers in divison 10. There it was an investigator who was discussing matters pertaining to written grievances. He questioned each individual regarding their complaints against the nursing staff and medical officials of divison 10 dispensary and CHS. The investigator John Doe_____ Showed me all of the Complaints I written against Dr. Ann Dunlap. wrongful conduct and un professional behavior. The investigator took my reports. He stated that Dr Dun- had a lot of complaints against her, that he was investigating into the matter. Plaintiff requested for the investigator, to go to all the tiers in divison 10. and to Questing all detainees about her Conducts that who has came in Contact with her.

27. On January 28, 2008. Honorable Judge Kennelly, held a Settle Ment Comference hearing at the Cook County Jail Title: Harrison V. County of Cook, Illinois. and Thomas DarT Case no: 07c-0300 The Attorney on both Side was presence. I made them ware of my Criminal Status, that I was pro se. I also made the parties aware of my physical health, injuries that I was denied further treatment for my injuries and that Dr. Dunlap. denied me eye-glasses. that I had to borrowed other detainees glasses to do my legal works, because of that my eye-shights has gotten worser, my Attorneys thought it's would be an good idea for me to see the divison doctors in divison 10. so the doctor Could Scheduling me to see CHS ophthalmologist to be fitted for eye-glasses and to see a nother doctor for my physical injuries to ensure my health and safety before settling out on Case 07c-300. The States Attorney Daniel Fahlgren referral me to divison 10 dispensary to See Dr. Dunlap. Approxiately a week later I was seen in divison 10 dispensary. There I spoke to defendant Ann Dunlap. She denied me further medical treatment, and also de- nied scheduling me to see an CHS ophthalmologist. She stipulated that I had costed the County over $20,000, that my injuries was old and that I had 2 pair of glasses in one years. I made her aware that the glasses was prescribed to me, I couldn't see out of them. She said too bad that it's was a done deal, and asked me to leave her office. Case no. 07c-300 probably would had a different out come if Dr. Dunlap, wouldn't had denied me medica attention. Her wrongful Comduct for intentionally denied me medical treatment to a serious medical needs Constitutes an deli- berate indifference, which a violation of plaintiff Constitution rights under the fourteenth Amendment to the U.S. States Constitution.

6.

28 Approxiately five(5) occasions plaintiff have raised the glasses issue before his Criminal Judge. The last two(2) occasions was on february 25. 2008, and April 8. 2008. On each of the occasion Honorable Judge Simmons, issued a court order for the County to provide me with eye-glasses. See exhibit A-7 and exhibit 8.

29. Plaintiff attempted to purchase reading glasses strength 2.75 in divison 10 in february, March, and April 2008, and was denied. Upon Information and belief the Commisary no longer sale reading glasses on their commisary See exhibit A-9.

30. In April 2008 plaintiff spoke to his psychiatrist Mr. Menize, Plaintiff made Dr. Menize aware of the deprivation he experiencing from the medical staff, staff especially Dr. Dunlap. who has deprived plaintiff of further medical treatment for his injuries, and eye-glasses, and also Supervisor Mueller, deprived plaintiff of eye-glasses when he intercepted them when my Attorney mail them Through the mail which hendered plaintiff from adequate litigating into his Criminal Case. that I was either froce to strangth my eyes looking through the one lens bifoucals, or I was force to used other detainees prescription glasses, which resulted into me going blind. Caused serious headaches emotional stress, depression and bipolar behavior. Plaintiff requested for Dr. Menize, to talks to Dr. Dunlap. about giving plaintiff adequate medical attention, and Scheduling plaintiff to see a CHS doctor. Mr. Menize, stated that he would have a talks with Dr. Dnnlap. about Seheduling plaintiff to see an CHS Ophbhalomologist for prescriBtion glasses.

31 Plaintiff was rescheduled to see CHS ophthalmalogist and was prescribed additional biroucal. Plaintiff received the bifoucal shortly after. The long 10 months delay taken a toled on plaintiff vision. Deteriorating resulted into partly blindnes. plaintiff can no longer see out the additional prescription glasses. See: Estelle, #29 u.s, at 105-06; Hunt v. Uphoff. 199 f.3d 1220,1224 (10th Cir. 1999); Lancaster v. Monroe County, 116 f.2d 1419, 1425 (11th Cir. 1997(EAn official acts with deliberate indifference when he intentionally delays providing an inmate with access to medical treatment, Knowing that the inmate has a life-threatening Condition or an uroent medical Condition that would be exacerbated by delay.)

32. Plaintiff was seen in divison 10 dispensary in August, 2008. There he spoke to Dr. Dunlap, he made her aware of his deteriorating eyes, and requested to see CHS eye doctor for a follow-up to see why plaintiff sights was rapidly deteriorating. She denied plaintiff further medical treatment for his eye. In November 2008 plaintiff was seen in divison 10 dispensary there he spoke to an indiana doctor. plaintiff made her aware of his rapidly deterioration vision. She said she would Scheduling plaintiff to see CHS eye doctor. As of today Dec.3.2008, plaintiff have not seen CHS Dr.

## Plaintiff Harrison's Serious medical needs continues.

33. Plaintiff suffers from a series of serious, debilitating, and potentially life-threatening illnesses and ailments, none of which have been adequately addressed by Defendants. Defendant's repeatedly have ignored plaintiff's ailments despite Knowledge of their seriousness. and despite numerous complaints and grievances filed by plaintiff, the opinions and medical advise of CHS medical providers who have examined plaintiff, and order from the CCDOC and its grievances and appeal board acknowledging the seriousness of plaintiff's ailments and purporting to order that plaintiff receive glasses, and proper treatment. Among others, these conditions include Dental Care, medical Treatment, adequate Diet, Vererial Disease test, and back condition. that requires him to wear special back belt that he had with him when he entered the Cook County Jail in September 7, 2004, but was confiscated the back belt in division 10 2-c Tier on _____ despite complainted about the belt to the medical officials, security officials, and filed grievances and appeals, this element have never been returned, nor replaced. plaintiff have been regular scheduled for medical visits, vererial tests, back examine, and diets, the medical appointments have been repeatedly canceled, not adequate plump, and medical have been delay or either not dispensed as prescribed, plaintiff's serious medical needs have been deliberately ignored, and his serious medical ailments have gone essentially untreated. see exhibit A-10

## Harrison's serious Medical needs

34. In July 2007 plaintiff's experiencing severe pain in his mouth and bleeding gums. plaintiff's complainted to the nursing staff about his serious medical needs and among other things, severe toothache, bleeding gums, headache and mental destress. And requested the nursing staff to order him an visit to see CHS Dentist or outside dentist. The nursing staff required plaintiff to submits a medical slip. plaintiff's submitted several medical request forms.

35. In September, 2007 plaintiff's was seen in division 10 dispensary. There he spoke to Dr. Dunlap, plaintiff explained to her about his serious toothache, bleeding gums, and among other things. Dr. Dunlap, stipulated that the county no longer have a dentist in the compound, due to the budget cuts. plaintiff requested to go outside the institution to see a Dentist. Dr. Dunlap, asserted that will have to be arranging by CHS Medical Director Ms. Ann Latoure, and the security staff, that if is is arranging I will be notified. plaintiff was never notified by the medical officials, nor the security staff.

36. On January 16, 2008 plaintiff filed a grievance complained about his serious medcial needs. that it was urgent that he receive medical attention see exhibit A-11 on January 30, 2008 plaintiff appeal pleaing about emergency assitance. see exhibit A-12 Around the middle of February 2008 plaintiff was seen in the division 5 dispensary for his mouth condition. There I spoke to a Dentist John Doe, he examined my mouth and determined that I suffered from a gums disease ginaivitis, and a gum infection caused by _____ And teeth decays caused by not bueshing proper. I made the Dentist aware that in February 2007 the County took our regular tooth bursks and issued us a short toothbursh approximately 2 inches long, which made it very difficult to bursh my teeth proper. plaintiff requested for a teeth cleaning, and was denied. see exhibit A-13

## Plaintiff Harrison's serious Medical needs Continues:

CHS Dentist stated that the County doesn't Clean teeth any more due to the budget cuts and lack of medical Staff.

37. On March 10, 2008 plaintiff filed another grievance Control number 2008x0436. Complained about the Dentist denied me medical treatment pertaining to deteriorating of plaintiff's teeth. See exhibit __A-14__ On March 20, 2008 plaintiff's appeal stated his medical Status and how urgent his medical needs. On April 8, 2008 the response states: CHS Admin, Dentist at CCDOC no longer does teeth Cleaning.

38. On May 1, 2008 plaintiff's was seen in divison 10 dispensary. There he spoke to Dr. Dunlap. Plaintiff made her aware that the Dentist denied him medical Attention, or medical treatment and that my teeth was decaying rapidly. She prescribed a mouth wash call-chlorhexidine Gluconate 0, 12 % Oral rinse / received on May 7. 2008. See exhibit _____ . . . . .

39 On _____ plaintiff filed another grievance requested to see the Dentist for a tooth ache pertaining to a difference tooth, and teeth Cleaning. plaintiff's was seen in Divison 5 approxiately amonth later. There he spoke to a differance Dentist. The Dentist Denied Plaintiff Cleaning and filling. and quoted, that the only treatment he is allowing to do is to pulled the tooth. plaintiff made the Dentist aware that he was already missed 3 teeth in the back of his mouth and that he could not afford to lose another tooth in the back. The dentist said that he was sorry but the County don't allow him to fills teeth, nor Clean teeth. due to the budget Cuts. and that he was the only Dentist in the Compound. See exhibit _A-15_

As a result of the medical denial, and inadequate treatment, plaintiff has suffered and continues to suffer from severe infection, severe headace, deteriorating of the teeth and emotional distress, it all raise out of gross negigence, and intentionally drived plaintiff necessary medical treatment. The Defendants wrongful Conduct and deliberate indifference to plaintiff's serious medical needs. which violated the due process rights under the Fourtaeth Amendment to the United States Constition.

## Plaintiff Harrison's Serious Medical needs Continues

40. Around July, 2006 Plaintiff's was seen in Divison 11 dispensary. There plaintiff's spoke to Dr. Baker. plaintiff's explained to Mr. Baker about the blood in his stool. Dr. Scheduled plaintiff to see an CHS Specialist to have a lower G.I test taken. Shortly after that plaintiff's was transferred to divison 1. upon arrivered plaintiff submitted several medical, medical request forms requesting medical attention.

41. On December 17, 2006 plaintiff's was seen in CHS. There he spoke to Dr. John Doe, and head nurse Ms. Jackie. They preforming an Lower G.I. test on plaintiff and determined that plaintiff's suffered from a colon disease that caused bleeding Plaintiff's was prescribed a medicine, Called sulfasalazine 500 MG to take 2 pills twice a day.

## Harrison's Serious medical needs Continues

42. The CHS Specialist set plaintiff an follow-up appointment approximately 4 months later. The a following up appointment was Canceled due to the CHS doctor retired. from August 2007 through September 2007 plaintiff submitted several medical request forms. Around the end of September, 2007 plaintiff's was seen in the divison 10 dispensary. There he spoke to Dr. Dunlap. I explained to her about my serious medical needs. She denied me medical treatment. and asserted that the G. I. Doctor don't work CHS any more. plaintiff's requested to go outside the institution, and was denied. Plaintiff's was seen again in dispensary 10 in October, 2007. plaintiff remined Dr. Dunlap, that his Condition has gotten more. Dr. Dunlap made plaintiff and outside appointment to have a lower G.I. test.

43. The first week in January 2008, plaintiff was sent outside the Jail to provident Hospital to take an Lower G.I. Test. and the appointment was canceled.

44. In february 2008 plaintiff's was seen in divison 10 dispensary on several occasions. plaintiff made her aware that his appointment canceled on both visits. Dr. Dunlap. asserted unprofessional remarks there nothing wrong with you, that you has costed the County over $20,000 and she discontineues plaintiff's sulfasalazine, and canceled. his outside appointment. Defendant Dunlap. wrongful Conduct canceled plaintiff's necessary appointment and discontineues a necessary medication to a serious medical needs failed to properly administer pretrial detainees, Intentionally deprived plaintiff of necessary health Care, as a result, plaintiff health has been deteriorating rapidly day by day. Causing plaintiff mentel distress, and abdomen pain.

45. plaintiff was seen in divison 10 dispensary around the first of Mach 2008. plaintiff was experiencing lower stoumch pain and tramps. and requested for Dr. Dunlap, to sent him outside the Jail to have an G.I. test. Dr. Dunlap, rescheduled plaintiff to go outside the Jail to be tested. plaintiff was never called.

46. On March 30, 2008. plaintiff's filed a grievance pleaing about his serious medical needs. and his health Condition. See exhibit A-14c.

47. In January 2008 plaintiff's was seen at provident Hospital for a Lower G.I. test and the appointment was canceled. plaintiff was rescheduled, but was never called. The response states: Action taken Scheduled on 4, 7, 2008. that appointment was Canceled. See exhibit A-17

48. From April 2008 Through December, 2008 plaintiff has been repeatly scheduled for medical visits medical appointments have been repeatedly canceled, or not proper peap. plaintiff has not receive am adequate Lower G.I. test to this day December 3, 2008. See exhibit A-14  A-19 _____ Thus, in November, 2008 The Medical Staff at stroger Hospital attempted to give plaintiff an lower G.I. test to Check his Colon, to determined where the bleeding been Coming from. plaintiff wasn't properly peap so, the Medical Staff was unable to get an adequate test to determening the problem. So they rescheduled the plaintiff for a laterdate. However, they did determined that plaintiff suffered, from  Hemorrhoids

## Plaintiff Harrison's Serious medical needs Continue

49. From November, 2007 through December 2008. Plaintiff have been trying to get his high protein diet exchange because it disagree with plaintiff. Plaintiff Suffered from a Colon illness, liver illness hemorrhoids, and heart condition. Thus the high protein diet Consist of boloma meats, Some Kind of miscellaneous meats and Sovbean, etc. Any way this diet disagreed with plaintiff and it Causing Stomach tramps, and diarreach that Caused plaintiff to Stool up to 3 to 5 times aday.

50. In January 2008 plaintiff Spoke to a Chinese doctor in the divison 10 dispensary. plaintiff explained to the doctor his Symtham pertaining to his Experiencing, and requested a diet exchange for an Renal diet. The doctor agreed and prescribed the diet. I never did get the diet. Upon Information and belief, doctor Dunlap Cancled plaintiff diet.

51. On numerous occasions between November 2007, through December 2008 i made Dr. Dunlap aware that I was allergic to the high protein diet. on each occasion my request was denied. See exhibit  A-20

52. In february 2008 or around thera plaintiff explained to Dr. Dunlap that he was experiencing stomach tramps. Weights lost, and loss of appetite. Plaintiff also asserted from 2006 until 2008 he went from 183 to 169. Dr. Dunlap. Stipulated that don't means any thing, that the only way I can get a Renal diet is that if I had a kidney problem. See exhibit A-21

53. On May 5. 2008. plaintiff filed a grievance Control # 2007x0901 explained about the symptom he was experiencing, and about Dr. Dunlap, Conduct, and requested a renal diet See exhibit _____

54. Plaintiff was Seen in divison 10 dispensary on a Couple more occasions, and requested a Renal diet and was denied.

55. On _____ plaintiff filed a grievance Control No: _____ pretaining to the the Renal diet, and Dr. Dunlap, misconduct See exhibit  A-22.

56. Due to Dr. Dunlap, wrongful conduct denving, and interfering with plaintiff necessary diet. Failed to properly administer pretrial detainees, and Intentionally denying medical treatment and for not provided plaintiff with adequate Heath Care as a proximate result of gross negigena plaintiff health have been deteriorating rapidly day by day which Constitue an deliberate indifference to plaintiff serious medical needs. See Gamble, 429 U.S. 97, 103 (1976).

## Plaintiff Harrison's Serious medical needs Continues

57. Upon arrival at the CCSD in September 2004, plaintiff received a medical examination and medical screening by CHS medical staff. plaintiff tested Clear of all infectious diseases. Due to the wrongful Conduct by the Cook County officials by placed plaintiff life in jeopardy. by failed to properly administer pretril detainees, for example, forced plaintiff to walk in human waste, blood and intentionally placed 2 mental patient behind close doors, where mental patient planted Contaminated blood around the mouth of plaintiff milks. See exhibit  A-23 ___ __ plaintiff Complained to the Security officials, medical staff, submitted Several medical request forms and filed grievances and appeals requested to be move, or to move the mental patient out of the Cell, and plaintiff requested to have a hepatitis, and Tuberculosis tests to ensure that he didn't Catch any diseases. Despite all of that plaintiff requests was denied. See exhibit  A-24 ___ & ___ Superintendant Salazar, and Seargeant Taylor force pretrial detainees and plaintiff to walk in blood, and the blood remained on the floor for approxiately 20 hours. Grievance was filed on June 24, 2007. My Cell-Mate Mr. Robert Adent, admitted that he put the blood on my milk. On January 16, 2008. Adent, also tracked blood through my legal book. Mr. Adent, have opening sores all over his body, and bleeding at all times. I filed the first grievance on 1, 16, 08. C.R.W. Marales, said he lost it. I refiled it on 2, 13, 08. Detainee Buchanan, witness to the blood On the milks. officer Shaw, also witness to the blood on the Milks. I spoke to Officer Tapia, Seargeant Lewis, and Lieutenant pages, about moving Me, and requests was denied. I spoke to nurse Tape, and nurse prices, about testing me, and Mr. Adent, for infectious diseases, and requests was denied. See exhibit.  A-25 ___ __

58. Due to the County wrongful Conduct, inappropriately, irresponsibly Conduct and deprivation, plaintiff has Contracked hepatitis C. Hepatitis C. is the most deatly Out of all the hepatitises. Hepatitis C. is usually transmitted by infected blood (eg., through shared drug needles. Contaminated razors, tatoo, and body-piercing equipment) Hepatitis C, & B Can Cause Cirrhysis (scarring of the liver). liver Cancer, and death if not treated. Hepatitis C. now Kills about 25,000 people per year in the United States. plaintiff never Used needles, except one tatoo in 1986, over 20, years ago. plaintiff 100 pre Cent posiable that he Contracked the disease in the jail, because he didn't have this infected when he was submitted to the Cook County Jail.

59. from September, 2004 the County has passed out used razors on about every occasions. plaintiff been force to used these Contaminated razors because plaintiff is not able to purchase Shaving creams off the jail Commisary. This wrongful actions is an ongoing violation. plaintiff has filed grievances and appeals dated as far as 2006 and officials have disregarded this unConstitution acts. Gross negigence araised out of intentionally, inappropriately, irresponsibly and recklessly, and illegally which proves the

<u>Plaintiff Harrison's Serious medical needs Continues</u>

County is bias/Crooked with no respect for human ~~life~~ lives, health or Safety,

60. The County been passing out used razors every since plaintiff was sub-mitted to the County Jail in 2004. For years plaintiff's Complained to the Security staff, and wrote letters to the sheriff and to the administrative, and when that didn't work, plaintiff desided he will Challenged the administration, about the wrongful Conduct of the Cook County Officials. In october 2006 plaintiff filed a grievance Control no: _____ Challenged this illegal acts. On December 20, 2006 plaintiff filed another grievance Control no: 2006x1500 pertaining to the third shift officers passing out used razors, in the division 1. Wendsday 12/13/06 officer Tuzin, passed out used razors. When detainees made him aware of the facial hairs in the razors. He stipulated you are right, there's are hair in the razors, that youre All Could give them back if you like. Some of the detain-ees gave the razors back to officer Tuzin, and Some of the detainees use their used razors. See exhibit A-26 __ __ __. There's has been numerous occasions when detainees pointed out the facial hairs in the razors, the officers agreed with the detainees, and took the razors back, on some occasions.

61. On 5.27.2008 plaintiff filed another grievance and addressed the admini-strative staff that on Monday 26, 2008 the thrid shift officer Mr. Castaneda, passed out used razors. The razors didnt have no Caps on them. Plaintiff held his razors up to the lights and Could see the scratches and gaps in the blade. Plaintiff Cell-Mate Mr. perkins, ID.#2007007792 attempted to shave his head, and Cuts his self in two (2) places. Apparently the blade was too dull to cut. My Cellie, popped my razor and determind facials hairs was underneath the blade, and moisture. See exhibit A-27

62. On 6.27.2008 plaintiff filed a nother grievance. And it was made an request, denying plaintiff access to the administrative. Plaintiff Stepulated that used razors is passed Out on the daily basis, that he has been exposed to related diseases, such as hepatitis Plaintiff made the administration aware if this illegal acts didnt stop that he would take further action else whare. Thus, like usually the officials acknowledge any wrongful actives. Referred to the Superintendent of divison ten (10). See exhibit A-28

63. On 9.7.2008 plaintiff ᶠⁱˡᵉᵈ another grievance teferance to the used razors It stated plaintiff been locked-up for approxiately 4 years. All ~~the~~ this times the County has been passed out used razors. I tried to get a hepatitis test for approxiately 2 years. I final got it in August, 2008 and determined that I've been infected by the used razors. Im sure I am not the only one who has been infected by these used razors. My es-timated is approxiately half of the Cook County Jail. Something got to be done about this un-Constitutional acts. The County have disregarded detainees health and Sefety. This is not the last time you're going to hear from me. Action you are Requesting for the County to Stop passed out used razor immediately, and I want medical treatment for this disease. hepatitic. ~~The~~ administration denied processed the grievance. See exhibit A-29 but I have not received medical treatment yet as of today Dec.3.08....

13.

<u>Plaintiff Harrison's Serious Medical needs Continues.</u>

68 Pretrial detainees general has filed numerous of grievances through out the Compound pertaining to this wrongful Conduct by the officials and as well as plaintiff's. This wrongful Conduct must not be tolerate, because this act is improperly, inappropriately, irresponsibly, unprofessional, and reeklessly, and in light of the fact, it's illeaslly which proves the defendants bias / crooked and have no respect for a human life. There is not an estimation how many lives may have been infected by this illegal acts. I certian hope the Court will Order and full investigating into this illegally acts. See exhibit ~~A-38~~

69 This actions is Cruel and unusual danger. These defendants has acted with intentionally drived pretrial detainees, rised out reckiessly, negigence, Carelessly, as aresult plaintiff been subjected to a life time injury. which can cause death. As a result of this gross negigence plaintiff health is deteriorating rapidly day by day causing plaintiff mentel distress, emotional distress Stoamch, and side ache, and depression. This Constitue to and deliberate indifference to plaintiff serious medical and health needs a Violation of the due process right under the fourteen Amendment to the United States constitution.

70. Plaintiff wrote letters to the Sheriff Thomas Dart. pertaining to the illegal acts. plaintiff personal placed the letters in the mail at Cook County Department of corrections. postage stamps. incare of Thomas DART. Cook County Department of Corrections, 2600 South California Ave. Chicago, Illinois 60668. and no response see exhibit ___A-31___

71. Plaintiff also filed grievances against the Medical Director Ms. Catoure. and Dr. Dunlap. for denying him medical Attentions see exhibits ___A-32 & A-33___

72. Plaintiff also filed grievances against Mr. Mueller, for his wrangful Conduct for intercepted an necesary medica device, that his Attorneys sent in the mail in care of Social Worker Butler, to provide to her Client Mr. Bobby Lea Harrison. Defendant Mueller interfering where he didn't belong. Even Superintendent <u>Andrewes</u> said he was wrong for taken my glasses. not only did he take plaintiff glasses, he did away with them. The glasses was never return to my Attorney Ms. Harris, and they were never provided to me. See exhibit A-34

73. My Attorney Ms. Harris. Called Mr. Mueller, in December, 2007 to comformed to what Ms Butler, said. And the sirousness of the glasses. Mueller, Stepulated inmates is not entitled to reading glasses, unless they are prescri otion by the CHS Eye doctor. Defendant Mueller. was aware that plaintiff was denied prescription glasses, because he is a part of the administration grievances processing procedures. See exhibit ___

74. Defendant John Doe, CHS ophthalogist preformed plaintiff with an inadequate examination which resulted into plaintiff not being able to see out of the glasses prescribed to him. All above defendants have been personal involved in this wranoful conduct or was aware of the deprivation and did nothing to exsist plaintiff in his Serious medical needs.

14.

Plaintiff Harrison's Serious medical needs Continues.

75. In July 2008 CHS diagnosed plaintiff Suffered from hepatitis C. from July to December. 2008. plaintiff been repeatly scheduled to see Dr. Rafa to get and liver biosis to determined that Condition his liver in, either the appointment has been Cancled, doctor didn't show-up, or plaintiff wasn't properly peap. see exhibit A-34 as of today December 3. 2008. plaintiff has not been provide with the test. Dr. Rafa. is at stroger hospital, as I was at       provident hospital.

Plaintiff Harrison's Serious medical needs Continues.

76. Around 1995. plaintiff was involved in an Serious automobile accident. in the State of Georgia. the accident resulted into a permanent lower back injured. that Caused Plaintiff to having to wear a back-belt partly all the time. plaintiff wore this belt mostly all the times. plaintiff entered the Cook County Jail in 2004 wearing this belt. and was allow to wear it Until July 28. 2008. On July 28, 2008 plaintiff left his belt in his Cell in divison 10 and went to the inside recreaction. and when plaintiff returned the I.A.D. has preformed and unecessary ____ All the Cells was ram-shake. The truth to be told it was the worse ___ I've every experienced since my 4 years tenure in the Cook County Jail. Detainees personal property was all over the place and missed together you couldn't tell which from which. Majority of the detainees was missed something such as Legal papers, hygine products, Commisary, family Photos. and medical equipment, and among other things. plaintiff was missed legal papers and his blue back belt, etc. See exhibit A-35 These things was never return.

77. In 2005 plaintiff was seen in divison II dispensary for his lower back. There he spoke to Dr. Baker. plaintiff explained to Dr. Baker about the Severe pain he was experienced. Dr. Baker told plaintiff to take easy and prescribed him some painkiller. and that he would Call plaintiff back for a follow-up in 2 months. plaintiff was called back to divison II dispensary for his back problem.

78. On 2 occasions in 2006 plaintiff back gave out on him and he colapsed oh the day room floor in divison II. On both occasionc plaintiff was seen in divison II dispensary on one occasion he spoke to Dr. Baker. the other occasion he spoke to Dr Carlo. Appointment was made on one occasion to see an CHS back specialist. and additional pain pills was prescribed. . . .

79. From time to time, plaintiff back give out on him that why I wore the belt to support my back. The rooms and the day-rooms don't have soft seats. Detainees with medical problem is fore to sit on the Steel stool and Steel benches. for approxiately 4 years I been force to sit on this hard steel. which has caused further damage to my back and caused me to have hemorrholds ___ I was diagnosed of hemorrholds in september 2008. by Stroger Medical staff.

## Plaintiff Harrison's Serious medical needs continues

80. On May 29, 2008 I filed agrievance pertaining to my back condition and about the hard steel benches on a medical tier. It's states. 15 pertaining to not having soth seats on I-A tier in the day-room area. A-1 teir is a medical tier with sick detainees with mentel & physical Illnesses. I have both mentel and physical medical issues, for example, I have a back condition that required for me to sit on comfortable seats, and it's very discomfort for me to sit on the steel benches and stools, which have causing further injured to my back, and have resulted into severe pain, which is a violation of my constitutional rights, because a jail day-room are required to have softchairs, and hard chairs. especially medical tiers, Illinois Jail standards states; A day room suppose to have hard & soft seats see exhibit __A-36__ Response states: Not a soft chair have to be prescribe by a psycian.

81. On April 23, 2008 I filed agrievance control #2008 0044 requeste to see a back specialist, that I have a hard time walking and bend-over see exhibit: __A-37__ On June. 13. 08 plaintiff Appeal - Back in severe pain need help immediately see exhibit __A-38__ response states. Detainee never complained about this issue during visits and as of 5/12/08 no HSRP has been completed regarding this. That a lie I complained about my back in february March & April 2008 in divison 10 dispensary. Dr. Dunlap. denied mediced treatment for my back on every occasions.

82. On September 9, I filed a grievance against ~~Dr. Dunlap for her wrongful~~ conduct pertaining to my serious back pain. It's states: On 8.31-07 I spoke to Dr. Dunlap, about my serious back pain. I was slumped over in my chair due to my severe back pain. She said your back couldn't be hurting you if it was you wouldn't beable to be slumped over like that, and she denied medicel treatment. She put her finger in the lower parts of my back and pressed in, and said there's nothing wrong with your back, but I put you down to get an exray, as of today Dec. 3, 2008. I haven't receive adequate treatment for my back. On 9/2/07 I also requested for the county to re placed my belt the I. A. D. took on July, 28, 07, I was denied. see exhibit __A-40__ __ Additional grievances + appeals see exhibit A-41

### CAUSES OF ACTION

### COUNT 1

Violation of fourteenth Amendment Rights under 42 USC. §1983 Based upon Deliberate Indifference To Serious Medical needs Against All Defendants for Declaratory And injunctive Relief

83. Plaintiff repeats and realleges paragraphs 1-82.

plaintiff eyes, mouth, colon, Liver, Hepatitis, Diet, and back condition are objectively Serious medical needs. plaintiff's Illnesses and injuries have been diagnosed by physicians as mandating medical treatment and are sufficiently serious and obvios as to require immediate medical attention.

16

### Plaintiff Harrison's Serious medical needs Continues

84. Defendants' uniform policies, practices, and Customs are designed to intentionally delaying to diagnose, and once diagnosed has fail to provide adequate medical treatment. Defendants policies, practices, Customs, unlawful acts, passing out used razors put pretrial detainees life in jeopards, as a proximate result of this gross negigence plaintiff has been injury by the defendants which resulted into plaintiff Contracted Hepatitis c. ~~~~~~~~~ an life threatening disease, which Can Cause death.

85. Defendants is aware of, but has deliberately disregarded and ignored the excessive risk to plaintiff's health and life Caused by delayed, and not providing plaintiff with proper diets, and for not having a dentist or eye-doctor in the building doing 2007. Said due to the budget Cuts. The Cook County, Thomas Dart, has failed to institute constitutionally adequate policies, practices, and procedures to ensure that detainees' serious medical needs are properly evaluated, and once evaluated, that medical and treatment is actually provided. Cook County deliberately and systematically has ignored and failed to act upon evidence that detainees' serious medical needs are not being adequately addressed. Cook County deliberately and systematically has failed to carry out the medical advice of CHS providers, and to implement the orders of CCDOC Staff and the grievance appeal board requiring specific medical treatment for detainees. Cook County and Thomas Dart. therefore, has failed adequately to train, supervise, and manage its employees and agents, resulting in deliberate indifference to the serious medical needs to pretrial detainees, as well as plaintiff. At CCDOC.;

86. As a direct and proximate result of Cook County's and Thomas Dart's deliberate indifference to plaintiff Serious medical needs, plaintiff has suffered, and continues to suffer, from serious, debilitating, and potentially lief-threatening illnesses that Cause plaintiff great physical and emotional pain and Suffering, lost of appetite, weights lost, headache, side ache, stoamch tramps, and depression, and also mental distress. which has lead to plaintiff health deteriorating ranidly, i.e day by day which Can Causing death.

### COUNT II

( Violation of fourteenth Amendment Rights under 42 U.S.C. § 1983 Based upon Deliberate Indifference To Serious Medical Needs Against All Defendant for Compensatory And punitive Damage ).

## Plaintiff Harrison's Serious medical needs Continues

87. Plaintiffs realleage and incorporate by reference paragraphs 1 to 86 as if alleged herein.

88. Based upon the above allegations, including those alleged in Count I at paragraphs 79 to 86, Compensatory damage are necessary in order to compensate plaintiff for his injuries and damages plaintiff have already suffered, and punitive damages are necessary to serve as a deterrent for similar wrongdoing.

89. The Defendants County of COOK, Thomas Dart, Ann Catoure, Ann Dunlap, John Mueller, and John Doe, to hold all the above defendants liable for their woonoful Conducts, and for continuing to housed plaintiff's and other detainees in unconstitutional Conditions, and unconstitutional treatment, Despite the efforts of plaintiff by filing numerous grievances & appeals to m and wrote letters to these defendants to make them aware of the unconstitutional Acts, and deprivations. These defendantants has acted with deliberate indifference to plaintiff serious medical needs, which is Contrary to the rights afforded to plaintiff under the 14th Amendment to the U.S, Constitution and Article 1 Section 2, of the State of Illinois.

### Count III

Claim for Intentional infliction of Emotional Distress Against COOK County, Sheriff in his official Capacity, and Ann Catoure, in her official Capacity. Dr. Dunlap, John Mueller, and John Doe in their individual and official Capacities. plaintiff repeats and realleges paragraphs 1-89.

90. Defendants' practice of delaying or denying, and careless. amounts to Conduct So extreme and outrageous in nature that no reasonable Person Could be expected to endure it.

91. Defendants' practice of denying medical treatment, and taking plaintiff back belt prescribed for a serious medical needs, and intentionally passing out used razors to pretrial detainees, when they know the risk can causing serious hearm, or death. This is a direct result of Defendants deliberate indifference to plaintiff serious medical needs, and because of this illegally acts plaintiff had Contracked hepatitis c, and plaintiff health has been deteriorating dad by day....

Plaintiff Harrison's serious medical needs continues

## EXHAUSTION OF GRIEVANCE PROCEDURES

92. plaintiff Harrison's used the detainee grievance procedure as it was available at the CCDOC to try and solve multible problems. The large majority of plaintiff's grievances were improperly processed as requests therefore taking away plaintiff's rights and/or any opportunity to appeal the decision and making the grievance process unavailable as to those grievances.

93. The grievances that were given control numbers were appealed and denied by the administration. plaintiff's in this civil action have exhausted all administrative grievance remedies available at the CCJ and CCDOC to no avail.

94. plaintiff's have also written approxiately 100 letters to difference organization and agencies outside the institution seeking help and outlining the wrongful conduct of these officials, unforuately plaintiff have fround no one. plaintiff has no option, but to turned to the Court for help, to sovle this problem:

## PRAYER FOR RELIEF

WHEREFORE, plaintiff's HARRISON, pio se respectfully prays that this Court:

A. First to considering by placing an order certifying this action to proceed as a class action pursuant to Rules 23 (A), 23 (b)(1), 23 (b)(2), and 23 (b)(3) of the federal rules civil procedure; because the whole Cook County Jail has been subjected to the same unlawful treatment.

B. To appoint counsel in this case to represent plaintiff;

C. To issue a judgment declaring that defendants' policies, customs, practices, acts, and omission alleged above are unlawful, and wrong that violate plaintiff rights under the Constitution, laws of u.s. and laws of the State of Illinois ....

D. Permanently enjoin Defendants, their subordinates, agents, employees, and all other acting under the color of the law, and acting in concert with them from subjecting plaintiff's to the unconstitutional and unlawful conditions, all other actions alleged herein, and issue injunctive relief sufficient to rectify those condition, replaced plaintiff belt, adequate eye-glasses, to stop the County from passing out used Razors. to provided all detainees with adequate tasting to see who has been infected by this unlawful acts. and to prevent such actions from happened again.

E. Award plaintiff compensatory damage in an amount to be determined to compensate him, for the injuries suffered under each cause of action that allows this Court to award such punitive damage:

F. Grant plaintiff attorneys' fees and casts pursuant to 42 u.s.c. § 1988 and § 12205, and 29 u.s.c. § 794 a (b), and any other applicable law; and

F. To grant such other and further relief as this Court deems necessary and proper.

If the County filed a motion to dismiss plaintiff complaint, their motion should be dismissed instead due to the County unlegally acts.     16.

**V.**    **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_____

_____

_____

_____

_____

_____

_____

**VI.**    The plaintiff demands that the case be tried by a jury. ☑ YES     ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____

*Bobby Lee Harrison*
(Signature of plaintiff or plaintiffs)

*Bobby LEE Harrison*
(Print name)

*2004 - 007 - 2892*
(I.D. Number)

_____

*P. O. Box 089002*

*Chicago, Illinois 60608*
(Address)

Subscribed and Sworn before Me

This ____ day of _____ 200_

_____
Notary Public

_____
Plaintiff Signature



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

*exhibit 1-A*

## DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.

Side 1 - English

*Eye problem*

Name: __Bobby__        __Harrison__        Today's Date: __Jan. 1, 07__

ID #: __2004__ - __0072892__ Division: __10__    Tier: __2-C__    Birth Date: __12-26-52__
     (Booking Year)   (Number)

**FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM USE A SEPARATE REQUEST
FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE
HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: __I can't see, I need to see an opthalmo____ vist__
__The glasses that was prescribed to me in May 2007, I barely can see out__
__of them. My old pair of bifocal, only have one lens. I showed Dr Dunlopey She denied__
__me ... me ... see the eye doctor.__

How long have you had this problem? __8__ days / weeks / (months) (circle one)
Next Court Date:

**!!!STOP!!!   DO NOT WRITE BELOW THIS LINE**

Referred to:   ☐ Medical   ☐ Dental   ☐ Mental Health   ☐ Health Educator   ☐ DOC   Date:

**Initial Provider Note:** _____

_____

_____

_____

Signature/Title: _____ Date: _____ Time: _____

**Secondary Disposition:** (as indicated): Recommended Follow-up:   ☐ Sick Call   ☐ PRN

Signature/Title: _____ Date: _____ Time: _____

**Appointment Scheduler:**

Appointment Date: _____

Signature/Title: _____

Date: _____ Time: _____

PATIENT LABEL

Form#: 86322   Rev: March 2006

Part-A / Control # REQUEST

Referred To: Program Service

exhibit A-1

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Harrison                    First Name: Bobby

ID #: 2004 - D072992   Div.: 10   Living Unit: 20   Date: 8 / 11 / 07

BRIEF SUMMARY OF THE COMPLAINT: I was Sent to Cermak health Services in the month of May, 07 for my eyes. There, I spoke to a male optometrist pretaining to my eye problems. The doctor gave me an eye-examination and fitted me for glasses. Around the first week of August 07 a nurse delivered my glasses to Tier 20. I tried them on and I can not See out of the glasses. Please will you resend me to see the optometrist so my glasses can be corrected. Thank you.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:
To get back to Cermak to get my glasses corrected

## DETAINEE SIGNATURE: Bobby Lee Harrison

C.R.W.'S SIGNATURE:                              DATE C.R.W. RECEIVED:   /   /

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _R CX,,,,,,,,f_

Referred To: _____

☑ Processed as a request.

*exhibit A-2*

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: __Harrison__   First Name: __Bobby__

ID #: __2004-0072892__ Div.: __10__ Living Unit: __2 C__ Date: __Nov/ 15 / 2007__

BRIEF SUMMARY OF THE COMPLAINT: __is pretaining to my prescription glasses that was issue to me around 4 months I can not see out of them. I've filled out several medicial request forms, but no response. May i see a eye doctor to correct this problem. The old glasses I have only have one lyne in it.__

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:
__to see a eye doctor, so he can Prescribing me some more glasses__

DETAINEE SIGNATURE: __Bobby Lee Harrison__

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: __/ / / 2 / /__

**Please note:** *Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

## C.C.D.O.C. DETAINEE GRIEVANCE FORM  PROCESSED AS A REQUEST

exhibit- A-2

***Please Note :***

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** _Harmon_        **First Name:** _Bobby_

**ID#:** _2014-117-292_   **Div:** _10_   **Tier/LivingUnit:** _2C_

**Date of Request:** _11/15/17_        **Date C.R.W. Received Request:** _11/20/17_

**This request has been processed by:** _V. Buller_ **C.R.W.**

**Summary of Request:**

Detainee is requesting assistance with getting eyeglasses.

**Response and/or Action Taken:**

CRW spoke w/ Cermak Health Services Staff in Scheduling regarding getting eyeglasses repeared or replaced for Detainee. For Cermak Health Services Staff Detainee should request to see the Division Doctor and request that the Doctor give him a Consider for the Oplomolstist.

_____        _____   **Date:** _/ / / /_   **Div./Dept.** ___
(Print- name of individual responding)      (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )      ( YELLOW COPY – C.R.W. WEEKLY PACK )      ( PINK COPY – DETAINEE )

exhibit A-5

Part-A / Control #: 2008 X 0031
Referred To: Cermak
☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Harrison          First Name: Bobby

ID #: 2004 - 0072892  Div.: 10  Living Unit: 2-c  Date: 1 / 1 / 08

BRIEF SUMMARY OF THE COMPLAINT: Be advised, this is an emergency I can hardly see. I was seen in CerMak Health Services around May 2007 There, I spoke to a Opthalmologist, he gave me an eye-examinations and fitted me with bi-foucal. The glasses was delivered to me around August 2007 in Div 10-20 I tried them on and determined, I barely can see out of them. I have exhauste all available administrative remedies to get medical attentions to see a doctor. First, I've made the nurses aware of this issue. I submitted several medical request forms, I submitted several grievance forms, and I spoke to Dr. Dunlap. on several occasion in the div. 10 dispensary about my eye problem. I told her I barely can see out of my recent glasses that the Opthalmologist prescribed for me. She said there nothing she can do for me. I said yes you can to, re-schuedule me to see the Opthalmologist! She said you already costed the county over 20000 dollars. I showed her my old pair of bifoucal which only have one lens, that this is the only thing I have to see out. She said too bad, you're learn to take care of them the next time. When my lawyers visited me, around a month ago I told them about my eye conditions, and showed them the one eye pair of glasses. They attempted to mails me a pair of glasses through the mail to my social worker Ms. Butler. Nevertheless, her supervisor Mr. Mueller, Stop them. Mr. John Mueller, said in-mates are only allowed prescription glasses unless they are prescribed by the jail oph-

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
thalmologist, that you must make an appointment with the eye doctor and get a written pre-scription ¶ Mr Butler, John Mueller, my lawyer Lawyer Ms. Marla Shade, And Superintendent McA

ACTION THAT YOU ARE REQUESTING:
to see the optometrist doctor to be refited for glasses. I am pro se, in my criminal case, and I need these glasses to do my legal works.

**DETAINEE SIGNATURE:** Bobby Lee Harrison

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: 01 / 01 / 08

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 2008 X 0021

exhibit A-6

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _Harrison_   First Name: _Bobby_   ID#: _2001-0072872_

Is This Grievance An **Emergency?**   YES ☐   NO ☒

C.R.W.'S Summary Of The Complaint: _Detainee alleges lack of_
_proper Institution - Optometrologist._

C.R.W. Referred Griev. To: _Cermak_   Date Referred: _01/09/08_

Response Statement: _____
_Referred to Medical Service_

| | | | |
|---|---|---|---|
| _C Smith_ | _(signature)_ | Date: _1/9/08_ | Div./Dept. _CHS_ |
| (print- name of individual responding to this griev.) | (signature of individual responding to this griev.) | | |
| _LT/ Earl Turner_ | _(signature)_ | Date: _1/11/08_ | Div./Dept. |
| (print- name of Supt. / Designee / Dept. Admin.) | (signature of Supt. / Designee / Dept. Admin.) | | |
| _J. Muelle_ | _(signature)_ | Date: _1/10/08_ | |
| (print - name of Prog. Serv. Admin./ Asst. Admin.) | (signature of Prog. Serv. Admin./ Asst. Admin.) | | |

Date Detainee Received Response: _1/11/08_   Detainee Signature: _Bobby Harrison_

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _1/11/08_

Detainee's Basis For An Appeal: _I Can't See, I have not been_
_to Cermak yet. It an emergency, please call me soon_
_only glasses I have is on lend._

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
_Per CHS Admin, they no longer dispense eye glasses_
_Reading glasses can be obtained in the commissary_

Appeal Board's Signatures / Dates: _(signature) 2/5/08_   _RD 2.5.8_

Date Detainee Rec.'d the Appl. Bd.'s Response: _2/11/08_   Detainee Signature: _Bobby L Harrison_

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Exhibit A-7

Order

CCG N002-300M-2/24/05 (          )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

State of Illinois

v.

Bobby Lee Harrison

No. 04 Cr 23279

### ORDER

IT IS THE ORDER OF THIS HONORABLE COURT THAT:

The defendant be taken to see the eye doctor at Cermack Hospital while housed in the custody of the Cook County Department of Corrections so that the defendant can receive & read pair of prescription eye glasses.

*ENTERED
JUDGE MICHELE SIMMONS-1832
FEB 2 5 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK*

Atty. No.: 30295

Name: Shawn G/Ashley, APD as Standby Counsel

Atty. for: Bobby Harrison

Address: 16501 S Kedzie

City/State/Zip: Markham, IL 60426

Telephone: (708) 210-4360

**ENTERED:**

Dated: February 25, 2008

Judge

Judge's No. 1152

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**



**Cermak Health Services of Cook County**
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

*exhibit A-10*

Name: *Bobby Lee Harrison*                Today's Date: *Sept 29, 09*

ID #: *2 0 0 f* - *0 0 7 2 8 9 2* Division: *10*   Tier: *4 D*   Birth Date: *12/26/52*
(Booking Year)        (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: *I need to see a doctor for my eyes I am loosing my eye sight rapidly to prevent blindness. This is an emergency.*
_____
_____
_____
_____

How long have you had this problem?_____days / weeks / (months) (circle one)
Next Court Date:

### !!!STOP!!!   DO NOT WRITE BELOW THIS LINE

Referred to: ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC   Date:

**Initial Provider Note:** _____
_____
_____
_____
_____

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:   ☐ Sick Call      ☐ PRN

Signature/Title:_____  _____Date:_____Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

Form#: 86322  Rev: March 2006

Part-A / Control #: _008_X_0147_

exhibit A-11   Referred To: _Cormick_

☐ Processed as a request.

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

---

Detainee Last Name: _Harrison_          First Name: _Bobby_

ID #: _2004 - 0072892_ Div.: _10_   Living Unit: _2 C_   Date: _1_ / _16_ / _08_

BRIEF SUMMARY OF THE COMPLAINT: _In pertaining to a dental problem._
_This is an emergency. I am expreiencing a serious toothache_
_from my bottom rear tooth and bleeding gums for months._
_I've made this problem aware through the medical request forms,_
_no response. Mr. Brian B. looked into my mouth, he said "look like_
_my gums is infection. May, I please see a dentist, I can_
_not hardly sleep at night._

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:
_To See a dentist immediately._

## DETAINEE SIGNATURE: _Bobby Lee Harrison_

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: _01_ / _28_ / _08_

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _Harrison_   First Name: _Bobby_   ID#: _2004-0072892_

Is This Grievance An **Emergency**?   YES ☐   NO ☒

C.R.W.'S Summary Of The Complaint: _Detainee alleges lack of dental attention._

C.R.W. Referred Griev. To: _Cermak_   Date Referred: _01 / 28 / 08_

Response Statement: _Referred to Div. Physician_

_C. Smith_ (print- name of individual responding to this griev.)   _C. Smith_ (signature of individual responding to this griev.)   Date: _1 29 08_ Div./Dept. _Cermak_

_Sgt. Mangume?_ (print - name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)   Date: _30 / 70 / 08_ Div./Dept. _10_

_C. Walton_ (print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)   Date: _1 / 29 / 08_

Date Detainee Received Response: _1 / 30 / 08_ Detainee Signature: _Bobby Lee Harrison_

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _1 / 30 / 08_

Detainee's Basis For An Appeal: _I am appeal this because is an emergency I can hardly eat my gum is infection please get me to a dentist Thank You_

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Appeal Board's Signatures / Dates:

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___ Detainee Signature:_____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _2008_ X _0181_

Referred To: _Cook_

*exhibit A-14*   ☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _Harrison_      First Name: _Bobby_

ID #: _2004-0712512_ Div.: _ _ Living Unit: _ _ Date: _10_ / _3_ / _ _

BRIEF SUMMARY OF THE COMPLAINT: This grievance is pertaining to dental care.
I went to the dentist Around a month ago for a tooth problem Tooth
infection and bleeding gums. The dentist said I have build-up on
my teeth That's why my gums are bleeding. I ased him about making
me an appointment to get my teeth clean. He said the county don't
clean teeth. My gums constantly bleeding even when I'm not eating
bleeding gums can resulted into gum disease. My gums has been
bleeding for over a year now. Please The county took our long toothbrush
and issued us a short toothbrush around 2 inches long which make
it difficult to clean our teeth properly. I am awarded to the State while
incarceration. It's the county job to provide the detainees with hyginical care
Denial dentist Care Violated the Fourteenth Amendment rights. Please Can I get my

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
teeth clean?

ACTION THAT YOU ARE REQUESTING:

To get My teeth clean

## DETAINEE SIGNATURE: _Bobby Lee Harrison_

C.R.W.'S SIGNATURE: _____ DATE C.R.W. RECEIVED: ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

exhibit A-14  Part – B / Control #: 2008 X 0486

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _Harrison_      First Name: _Bobby_      ID#: _2004-0072892_

Is This Grievance An **Emergency**?    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: _Detainee alleges lack of dental attention_

C.R.W. Referred Griev. To: _Cermak_      Date Referred: _03/14/08_

Response Statement: _Referred to the Div. Physician_

_C. Smith_      Date: _3/14/08_  Div./Dept. _C H S_
(print- name of individual responding to this griev.)  (signature of individual responding to this griev.)

_Capt Martine_      Date: _1/ / 08_  Div./Dept. _10_
(print - name of Supt. / Designee / Dept. Admin.)  (signature of Supt. / Designee / Dept. Admin.)

_J. Muller_      Date: _3/7/08_
(print- name of Prog. Serv. Admin./ Asst. Admin.)  (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: _3/20/08_  Detainee Signature: _Bobby Harrison_

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _3/20/08_

Detainee's Basis For An Appeal: _I am Concern about my bleeding gums I need my teeth clean. I have not been Call back to the dentist. My teeth Constantly bleeding please Can I get my teeth clean_

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Appeal Board's Signatures / Dates:

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___  Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: 2008 X 1887

Referred To: Cormak

☐ Processed as a request.

Exhibit A-15

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Harrison          First Name: Bobby

ID #: 2004 - 0072992  Div.: 10  Living Unit: 3 A  Date: 10 / 10 / 08

BRIEF SUMMARY OF THE COMPLAINT: is Pretaining to a dentist problem. I went to the Dentist around Sept. 19. He prescribed me a mouth wash for my Gum disease. As of today 10/10/08 I have not received this Medicine. I need my Medicine. I also need to see the Dentist again for my problem because it has gotten worse.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

This is an emergency I need my medicine & to see a dentist

DETAINEE SIGNATURE: Bobby J. Harrison

C.R.W.'S SIGNATURE: _____          DATE C.R.W. RECEIVED: 10 / 15 / 08

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 2008X0147

Exhibit   A-15

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Harrison      First Name: Bobby      ID#: 2001-0073892

Is This Grievance An **Emergency?**   YES ☐      NO ☒

C.R.W.'S Summary Of The Complaint: Detainee Alleys back / dental attention

C.R.W. Referred Griev. To: Cormack      Date Referred: 01/28/08

Response Statement: _____

_____

Date: _____ Div./Dept. _____
(print- name of individual responding to this griev.)   (signature of individual responding to this griev.)

Date: 30 Jan 08 Div./Dept. 10
(print- name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

Date: 1/29/08
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 1/30/08   Detainee Signature: Bobby Lea Harrison

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 1/30/08

Detainee's Basis For An Appeal: I am appeal this because is an emergency I can hardly eat my gum is infection please get me to a dentist Thnk You

Appeal Board's Acceptance Of Detainee's Request:   YES ☐      NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

_____

Appeal Board's Signatures / Dates: 2/11/08      RW for 2.5.8

Date Detainee Rec'd the Appl. Bd.'s Response: 2/11/08   Detainee Signature: Bobby J Harris

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #:_____X_____

Referred To: Dispensary

[X] Processed as a request.

Exhibit A-16

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Harrison     First Name: Bobby

ID #: 2004-0072892   Div.: 10   Living Unit: 2C   Date: 3 / 30 / 08

BRIEF SUMMARY OF THE COMPLAINT: is pretaining to am medical issue
I noticed blood in my stool on several occasions this
month. I need to get an lower G.I. to see what going
on inside of me. The last one I had is was 2 years
ago. I was scheduled to see a doctor in January
2008, at Provident Hospital. I went one time in January
but the doctor wasn't there. I was scheduled for the following
week, but I never went back.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:
To see a doctor to get my colon check. The last time it was
checked the doctor found a problem, and it seen have gotten worse.
**DETAINEE SIGNATURE:** Bobby Lee Harrison

C.R.W.'S SIGNATURE: _____     DATE C.R.W. RECEIVED: 04/01/08

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

*exhibit A-16*

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

***Please Note :***

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** Harrison          **First Name:** Bobby

**ID#:** 2004-1172872   **Div:** 10   **Tier/LivingUnit:** 6 2

**Date of Request:** 03/30/08     **Date C.R.W. Received Request:** 4/01/08

**This request has been processed by:** Morales          **C.R.W.**

*Summary of Request:*

Detainee request a / G.I. abd MRI Test ____

**Response and/or Action Taken:**

_____ (Print- name of individual responding)    _____ (Signature of individual responding)    **Date:** _____ **Div./Dept.** _____

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )     ( YELLOW COPY – C.R.W. WEEKLY PACK )     ( PINK COPY – DETAINEE )

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

*exhibit A-N*

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: HARRISON          First Name: Bobby

ID #: 2004 -0072892   Div.: 10   Living Unit: 40   Date: 9 / 15 /08

BRIEF SUMMARY OF THE COMPLAINT: Is Pertaining To A Medical Issue

I Still experiencing bleeding in my stool & The Last Lower G.I Test was over 2 years ago. The Doctor Determined that I do suffered from some Type of Colon disease. I have filed numerous Grievances & appeals trying to get another Lower G.I. Test. Either Denied or Canceal. This is An Emergency I am concerned about my health. Please Can I see a doctor To get a Lower G.I Test Taken.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

To See a Ductor to get a Lower G.I Test Taken

**DETAINEE SIGNATURE:** Bobby Lee Harrison

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: _____/_____/_____

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _2008X 1887_

Referred To: _Cermak_

☐ Processed as a request.

_exhibit A-18_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _HARRISON_       First Name: _Bobby_

ID #: _2004_ - _0072992_  Div.: _10_  Living Unit: _1-A_  Date: _10_ / _7_ / _08_

BRIEF SUMMARY OF THE COMPLAINT: _Is pertaining to a serious medical issue. I been to Provident Hospital Approximately 3 to 4 occasions. I seen a Cardiovascular specialist to get a upper 2 lower G.I. Test. On each occasion I was unable to get the test due to the County for not providing me with adequate medical attention. What I means I suppose to be sent to CHS a day before I am sent to Provident Hospital. The reason for that is so CHS can flushed me out and do the lab-works etc. Not the lab to prepare for the G.I. Test. for example, I was recent seen at Provident Hospital on 2 Oct. 2008 There, I spoke to Dr. Rafie, I explained to the doctor that I have not been Cleanout. He got a little angry and stipulated that CHS supposed to do that before sending me there. He checked my medical file to see was there any blood work. I think he think was no works, and that he needed blood works to determine my health condition. He attempted to called Dr Dunlap at the County Jail, no he spoken. He told me to please make the Nursing Staff aware to do their job to have me ready for another appointment this month October 2008. He also wrote the instruction in my file, medical records, and for Dr. Dunlap to call him Dr. Rafie - I think I have 2 appointments in fantasy this month October. please Ms Dr Dunlap, or to whoever it may concern, will you please take care of this matter. I been trying to get this test for 2 years. Inorder for Dr. Rafie treat me for my 4th illnesses. I need this taken Care of / Or Ms Medical Director ANN Catouse, will you see to it that these needs are met. Thank you! (This is an emergency!)_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

_For the medical staff to get me prepare for my G.I. Tests this month October._

DETAINEE SIGNATURE: _Bobby Lee Harrison_

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: _10_ / _15_ / _08_

_Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent._

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL  60608

*exhibit A-19*

## DETAINEE HEALTH SERVICE REQUEST FORM
Mark box-☒ on the left of answers or print in space provided.
Side 1 - English

Name: *Bobby Lee Harrison*                    Today's Date: *11-3-08*

ID #:_____ __ _____ ____ Division:_____Tier:_____Birth Date:_____
(Booking Year)     (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST**
**FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE
HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: *This is an emergency I have a serious*
*colon and liver disfunction. I been to Provident hospital*
*on several occasions and to get this issue evialuation, either the*
*appointment was canceled or Cermak didn't give me a proper test-*
*ing. I been seeking this treat for over 2 years, from time to*
*time, I've seen blood in my stool, and my right side hurt alot.*
*I also suppose to have a liver biopsy, I need this biopsy, because I contracted*

*hepatitis*     How long have you had this problem?_____days / weeks / months (circle one)
*(C), in Jail.*    Next Court Date:

## !!!STOP!!!   DO **NOT** WRITE BELOW THIS LINE

Referred to:   ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC   Date:

**Initial Provider Note:**_____

_____

_____

_____

_____

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:   ☐ Sick Call   ☐ PRN
Signature/Title:_____Date:_____Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

Form#: 66322  Rev: March 2006

Detainee's Last Name: _Harrison_  First Name: _____

Is This Grievance An Emergency?  YES ☐  NO ☑

C.R.W.'s Summary Of The Complaint: _Detainee alleges that not_
_receiving proper diet_

C.R.W. Referred Griev. To: _Cermak_

Response Statement:

_Referred to Dietary_

Date Detainee Received Response: _5/20/08_

Date Detainee Request For An Appeal: _5/23/08_

Detainee's Basis For An Appeal: _I still have not ___ ___ ____
_diet I am allergic to ___ ___ ___

Appeal Board's Acceptance Of Detainee's Request:  YES ☐  NO ☑

Appeal Board's Reasoning / Decision / Recommendation to ___:
_Per OD Menu. Detainee previously ___ ___ ___
_qualify for diet diet._

Appeal Board's Signature / Date:

Date Detainee Rec'd the Appeal Bd's Response: _6/12/08_

GRIEVANCE CODE(S): _____

(WHITE COPY - PROG. SERV.)   (YELLOW COPY - ___)

*exhibit A-24*

Referred To: *Supt Dir-1*

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **HARRISON**     First Name: **Bobby**

ID.#: **20040072892**     Div. **1**     Living Unit: **G-2**     Date: **June 24, 2007**

_____ is pertaining to an incident that happened on G-2 teir Wednesday morning between 9:30 and 10 A.m. June 20, 2007. It's was an Confrontation between the detainees. One of the detainee sustained a serious head injury. Blood were left all over the hall-way. The day shift officer Ms. Costilla, Called for 10-10. There was a lot of officers rushed to the scene, along with 4 to 5 supervisors and the Superintendent Salazar. Superintendent Salazar Conducted the investigation, and Sgt. Taylor, Conducted the Strip-Search. He made all of the detainees get ajinst the walls and Strip butt naked twice, squat and coughs. After the searches was finished, Sgt. Taylor, ordered the detainees to pick up their shoes and walk through the blood bare-foot to their cells when I got back to my cell, I noticed blood stain on my sock. The G-2 teir was put on lock-down for the rest of the day. The next morning around 8 A.m. June 21, 2007 the high side were let out of their cells. I was called to the low building around 8:15 A.m. And when I returned around 11:30 A.m I noticed the blood was still on the floor in the hall-way in front of the cells, and some of the detainees on the high side was tracking back and foreward through the blood. I realized this is a medical deck and people is on phy. medication. I walk-up to the inter-lock and spoke to officer Rule, who was working there. I asked officer Rule for some Cleaning gear to clean the blood up in the hall-way? He said "no." I say officer, the blood has been on the floor ever since yesterday, and that the detainees were tracking through it, and we may catch some deseases from the blood. Officer Rule said "yeah! I agree with you, but I was authorized by the superintendent not to give out any Cleaning gear. I told my Celly Trzeciak, what officer Rule said. Trzeciak said I've already spoced to officer Costillo, earlier pretaining to the Cleaning gear, and she said that we were on bones, and that the superintendent Salazar told her that we couldn't get anything to clean up with. I noticed when we locked down at noon on June 21, 2007 the blood were still on the floor in the hall-way. I've also noticed that this place is infested with insects, rats, and mice and they also tracks through the blood as well, I assumed. Nevertheless, they carries deseases throughout the Jail, and at night the insects, mice, and rats crawling over our Commisary, etc. The County has failed to clean up contaminated blood, and failure to regularly provide the detainees with protecting gear to help up the blood as well. I am concern about our health (what staff know about this incident). The ones who did the shake-down are the tier officers Supt. Salazar, Sgt. Taylor, officer Rule, officer Costillo.

Detainees is witnessed as following: Name: **Buchanan** — ID#: **2006000 4242**
Name: **Bru Williams** — ID#: **20030 18955**   Name: **Chales Simmon** — ID#: **2006000 42341**
Name: **Charles Eater** — ID#: **200000002**   Name: **Omellow Radrigues** — ID#: **2005003 8475**
Name: **Joseph Trzeciak** — ID#: **2006 00 12928**   Name: _____ — ID#: **0**
Name: **James Gardner** — ID#: **20040053384**   Name: _____ — ID#: _____

What are you requesting: To go to Cermak Health services to be Check-out to make sure that I didn't Cutch anything from the infested blod, and that Sgt. Taylor, and superintendent Salazar be put on restriction for their negligence.

*Bobby Lee Harrison*

C.R.W. Signature *Soc Worker* Debate C.R.W. Received   Date: **6 28 07**

NOTE: I noticed Again today June 24, 2007 after the clean up there is still blood on

DETAINEE COPY

exhibit A-24        Part – B / Control # 2007 X 1319

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Harrison        **First Name:** Bobby        **ID#** 2004-0072897

**Is This Grievance An Emergency?**   YES ☐        NO ☑

**C.R.W.'S Summary Of The Complaint:** Detainee alleges unhealthy living unit conditions -

**C.R.W. Referred Griev. To:** Supt Div - 1        **Date Referred:** 6 / 29 / 07

**Response Statement:**

Living Unit Dayroom Area was Clean & treated
By the end of 7-3 shift

I.S. SALAZAR        _____        **Date:** 6/29/07   **Div./Dept.** 1
(print - name of individual responding to this griev.)   (signature of individual responding to this griev.)

J.S SALAZAR        _____        **Date:** 6/29/07   **Div./Dept.** 1
(print - name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

V. Muell        _____        **Date:** 6/29/07
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** 6 / 29 / 07   **Detainee Signature:** Bobby Harrison

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** 6 / 29 / 07

**Detainee's Basis For An Appeal:** The hall way wasn't clean-up until the next day June 21, 07 after we got lock up around 12 noon I got blood on my feet because the Sgt. made us wall through it Jame Garder is the one who clean it up his ID is 2004 05 3794

**Appeal Board's Acceptance Of Detainee's Request:**   YES ☐        NO ☑

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**
Living unit was cleaned - Detainee can address health concern with a request to CHS

**Appeal Board's Signatures / Dates:**
_____ 7·10-7 _____ 7/1/0 _____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** 7 / 1 / 07   **Detainee Signature:** Bobby Harrison

GRIEVANCE CODE(S):  (_____)  (_____)  (_____)  (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____ X

Referred To: Dispensary

☒ Processed as a request.

*exhibit A-25*

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Harrison     First Name: Bobby

ID #: 2004 - 0092892   Div.: 10   Living Unit: 2C   Date: 2 / 13 / 08

**BRIEF SUMMARY OF THE COMPLAINT:**

Is pretaining to detaminated food on 1-15-08 I had a couple of milks sitted in the window in my room #23. Detainee Buchanan, and I noticed that blood was on the top of the milks on the part where it say, to open. I found out later that the blood came from my celly Detainee Robert Adent. Mr Adent, admitted that he must gotton the blood on the milks earlior that morning prior to going to the recreaction, that he moved the milks out off of the window and placed them on the table, and when he returned he placed them back in the window. I always keep milks sitting in the window to keep fresh. We usually have inside recreation around 3 days a week, and Robert, would alway rotated the milks. Robert, suffering from a disease where he have open bleeding sores on his body, especially, his face and his lips would always bleeding. Robert, told me that he use to have TB, and that he didn't take all of his medicine as required. It a good possibility that I been exposed to this guy blood. Every thing that he touched he leave blood behind. for example, he have tracted blood all throug my legal book. I spoke to nurse the next day - I spoke to nurse prize, nurse Tape nurse wiley and nurse Jones. I spoke to the officials. officer Shaw, officer Tapita, Sgt. lewis & Lt. Pages on 1-16-08. Lt. Pages said he would come by and talk to me. No response. I filed a grievance on 1-15-08 and gave to Socialworker Morales, when he come to the deck that firday. On 2-11-2008 I saw Socialworker Morales in his office. I asked him what happen to the grievance I filed on the detaminated blood. He said I dont know what happen to it, and told me to refile it. which I did on 2-13-08 This an emergency, I to get a T.B. test to make sure that I havent caught anything from this gus.

---

**NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**

officer Shaw - officer Tapita - Sgt. Lewis - LT. Pages - Nurse - Tape - Nurse Prize - Nurse wiley Nurse Jones - Detainee Charles Hill, - Detainee Brian Buchanan - and more.

**ACTION THAT YOU ARE REQUESTING:**

To get a T.B. Check-up

## DETAINEE SIGNATURE: Bobby Lee Harrison

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: 02 / 19 / 08

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _____ First Name: _____

ID #: _____ Div: _____ Living Unit: _____ Date: ___/___/___

DETAIL SUMMARY OF THE COMPLAINT:

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: _____

STAFF SIGNATURE: _____ DATE CCDOC RECEIVED: ___/___/___

exhibit A-26

Part . B / Control # _____ plate X 1500

# C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF A DETAINEE*

Detainee's Last Name: __Robinson__     First Name: __Bobby__     ID# __0004-0012842__

Is This Grievance An <u>Emergency?</u>     YES ☐     NO ☒

C.R.W.'S Summary Of The Complaint: __Detainee alleges that staff passed out used__
__razors__

C.R.W. Referred Griev. To: ___Sgt at Div l___     Date Referred: __12/21/06__

**Response Statement:**

_____

_____

_____

_____

_____

(print - name of Supt / Designee / Dept. Admin.) __WARDEN__     __Date: 12/21/06__  Div./Dept. ____

(print: name of individual responding to this griev.)     (signature of individual responding to this griev.)     __Date: 12/21/06__  Div./Dept. ____

(signature of Prog. Serv. Admin / Asst. Admin.)     __Date: 12/26/06__  Div./Dept. ____

Date Detainee Received Response: __12/26/06__  Detainee Signature: _____

┌─────────────────────────────────────────┐
│        **REQUEST FOR AN APPEAL**         │
└─────────────────────────────────────────┘

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: __12/26/06__

Detainee's Basis For An Appeal: __This is not a answer for the used of__
__dirty razors that we are recieved from the officer's. officer__
__Tuzim stated that the razors was dirty this has been going on.__

Appeal Board's Acceptance Of Detainee's Request:     YES ☐     NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
__5 of officer in OD there's a on this case is un__

_exhibit A-27_

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

**Please Note :**
- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: _Harrison_     First Name: _Bobby_

ID#: _2004-0072892_  Div: _10_  Tier/LivingUnit: _1A_

Date of Request: _5/27/08_     Date C.R.W. Received Request: _6/4/08_

This request has been processed by: _L K Graham_     C.R.W.

**Summary of Request:**

_detainee is requesting a review of CCDOC razor distribution policy and practice_

**Response and/or Action Taken:**

_____  _____  Date: _____  Div./Dept. _____
(Print- name of individual responding)     (Signature of individual responding)

Part-A / Control #: ___ X ___

Referred To: **Supt DIV 10**

☒ Processed as a request.

*exhibit-27*

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: __Harrison__        First Name: __Bobby__

ID #: 2004 - 0072802   Div.: 10   Living Unit: EA   Date: 5 / 27 / 08

BRIEF SUMMARY OF THE COMPLAINT:

I am grieving the Administrative staff here in the Department corrections for not providing the detainees with adequate razors. For example, on Monday 26.08 in division 10, EA Tair the thrid shift officer Mr. Castaneda, passed out razors at the about 12 o clock mid-nights. First what lead me to think that the razors has been used is because none of the razors had caps. I put my glasses on and held the razor up to the light and I could see all the scratches and gaps. I haven't shaved since around 5 21 08. My Cell-Mate attempted to shave with his razor, and cut his head in 3 places, because the razor was too dull to shaved hair with. My Cellie poped my razor and determined hairs and moisture was on the blade. Officer Castaneda came back around 3 A.M and picked up the razors. We told him the razors had been used and that my cellie cut himself. Office Castaneda, said those razors are not used razors when he saw them. When they took the tops off of them, I told him that I held the razor up to the light and I could see the hair, gaps, and scratches on the blade. then officer Cano was passing. Officer Castaneda, walked away. On May 29, 2008 officer Cano passed out the razors I checked the razor and determind hair and scratched was on the blade. I attempted to shave and put myself on the face which caused my face to bleed. I told officer Cano, when he picked up the razors that they was used razors. He said ok. My cellie said I didn't use my razors, because it been used already. officer Cano said ok ("collected" and walked away.") I want to know why are they continuing to pass out used razors. This is a very serious situation, being exposed to difference kinds of germs and disease's and the administration need to be addressed and this matter need to be stop. this is a very issue serious issue and should not be taken lightly by the staff.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_[scribbled out]_

ACTION THAT YOU ARE REQUESTING:

To stop passing out used RAZORS, It is very _____

DETAINEE SIGNATURE: __Bobby Harrison__

C.R.W.'S SIGNATURE: __L.K. Johnson__        DATE C.R.W. RECEIVED 6 / 4 / 08

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY - PROG. SERV.)   (YELLOW COPY - C.R.W.)   (PINK COPY - DETAINEE)   (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

Part-A / Control #: _____ X

Referred To: Supt. of Div. 10

X Processed as a request.

exhibit A-28

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

---

Detainee Last Name: **Harrison**          First Name: **Bobby**

ID #: **2004-007 2892**   Div.: **10**   Living Unit: **I-A**   Date: **6 / 27 / 08**

**BRIEF SUMMARY OF THE COMPLAINT:**

now i been complaining about used Razors. I usually get a Razor 3 to 4 times a week. For the last 8 to 9 months I only received around 5 to 6 New Razors, and the rest was used. Can you believe that? Despite that I had filed numerous of Grievances on this issue. There's have been no adequate measures taken. Some thing got to be done about this problem. Can you imagine how many people being exposed to many related diseases such as hepatitis or latent (T.B) If this life threating issue don't stop immediately I'm going out side the institution for help. I am sure that whoever is responsible for tampering with these used Razors by their futile attempt to cause the ones using the Razors to alter look the defects that are visible reveals that the perpetrators are too relaxed. This atomic conspiracy is not being investigated. having a finger on the bogus arsenal They are equally responsible for allowing used Razors to be distributed within the confines of institution with question about their credibility is a serious consideration.)

**NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**

**ACTION THAT YOU ARE REQUESTING:**
I request to speak to an investigator, and that the County stop passing out these used new Razors

### DETAINEE SIGNATURE: Bobby Lee Harrison

C.R.W.'S SIGNATURE: B Owens          DATE C.R.W. RECEIVED: 7 / 14 / 08

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

exhibit A-28

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

exhibit A-28

*Please Note :*

- If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.
- When processed as a request, an appeal of the response and/or action taken cannot be made.
- When processed as a request, PART-B is not applicable.

**Detainee's Last Name:** HARRISON  **First Name:** Bobby

**ID#:** 2004 0072842  **Div:** 10  **Tier/Living Unit:** 3H  3202

**Date of Request:** 6/27/08  **Date C.R.W. Received Request:** 7/14/08

**This request has been processed by:** _____ **C.R.W.**

**Summary of Request:**

Detainee request that used razors Not be
issued for Re-Use.

**Response and/or Action Taken:**

Plt. shown th Harrison as explained procedure of razors Harrison
is housed with Perkins, who was getting razors. C.R.W. notified
razors distribution for inmate Harrison. Inmate Harrison were with
Plt.

No, I have who _____

**Lt. K. Perkce #132**  **Lt. K. ___ #132**  **Date:** 7/21/08  **Div/Dept:** 10
(Print- name of individual responding)  (Signature of individual responding)

Part-A / Control #: _____ X _____

*exhibit A-29*

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: HARRISON          First Name: BOBBY

ID #: 2004 - 0072892   Div.: 10   Living Unit: 40   Date: 9 / 7 / 08

BRIEF SUMMARY OF THE COMPLAINT: In Reference To The Razors

I BEEN LOCKED UP IN THE COUNTY JAIL FOR APPOXIAFELY 4 YEARS FOR THE HOLD TIME I'VE BEEN HERE THE OFFICALS HAVE BEEN PASSED OUT USED RAZORS. I HAVE BEEN TRYING TO GET A HEPATITIS TEST FOR OVER TWO (2) YEARS. I FINAL GOT THAT TEST ARLOUND TWO (2) MONTHS AGO AND IT CAME BACK POSITIVE IN AUGUST 2008. I'm SURE I AM NOT THE ONLY ONE WHO BEEN INFECTED WITH THE USED RAZORS MY ESTIMATED APPOXIATELY HALF OF THE JAIL. SOMETHING MUST BE DONE ABOUT THIS UNCONSTITUTIONAL ACT. THE COUNTY HAVE DISREGARDED OUR HEALTH AND SAFETY. THIS IS NOT THE LAST TIME YOU'LL going to HEAR FROM ME ABOUT THIS ISSUE. THE LAST RESPONSE I REBEIVED STATES: LT Pearce HAS TALKED TO ME AND EVERY

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
THING WAS OK, THAT IS A LIER. I HAVEN'T EVEN TALK TO LT

ACTION THAT YOU ARE REQUESTING:
FOR THE COUNTY TO STOP immediately PASSING OUT USED RAZORS AND I WANT MEDICAL TREATMENT FOR THIS DISEASE THEY SAID IT IS HEPATITIS C.

DETAINEE SIGNATURE: Bobby Lee Harrison

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: ___ / ___ / ___

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part A   Control # _____ X

Referred To: _____

*exhibit A-30*  ☐ Processed as a request.

*used Razors infection*

## COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: *PERKINS*          First Name: *ALVIN T.*

ID #: *2007-602-7922* Div.: *10*  Living Unit: *2D* Date: *Aug 21st 2008*

BRIEF SUMMARY OF THE COMPLAINT: *THE FURTHERANCE OF THIS COMPLAINT IS TO INFORM THE MAJORITY IN DISBELIEF. COMFORT, THAT MAY HAVE BEEN SETTLING WITHIN THE CONSCIENCE OF THEIR MINDS; WHO'S PERCEPTION ABOUT AN ISSUE WITH USED RAZORS HAS BEEN ADDRESSED IN A MANNER, THAT WOULD HAVE APPROPRIAT -ED THE STIR. IN LIGHT OF MY ALLEGATIONS, THAT AS I IMPLICATED THE OBVIOUS SHOWING OF SOMEONE, OR I PRESUME A HOST OF OTHER OFFICIALS WHO MAY HAVE OPERATED AS AN ACCOMPLICE TO THIS CONSPIRACY WITH USED RAZORS. THE IMPRISONMENT ITSELF ISN'T SAFE, YET THE DELIBERATE TENDENCY TO DISTRIBUTE USED RAZORS IN AN ADDED PERCEPTION, WAS NOT INTENDED TO BE SHORT LIVED. BESIDES ENDANGERING THE SECURITY OF MY HEALTH BECAUSE MAYBE THE ADMINISTRATION HAS ENCOURAGED THIS CONDUCT BY AN AT- TEMPT TO RESERVE EXTRA FUNDS FOR OTHER NEEDS IN THE INSTITUTION. YET, THIS DOESN'T JUSTIFY THEM CREATING AN OPPORTUNITY TO ALLOW RAZORS TO CIRCULATE ONCE USED. ITS ALSO CONTRIDICTIVE FOR DISPOSABLE RAZORS TO BE POSSIBLY SPONGED WITH SOME TYPE OF OIL SUBSTANCE IN ORDER TO MAINTAIN THEIR CONDITION -HE STATED: TO KEEP THEM FROM GETTING RUSTY. AS CASTENEDA THE 3RD SHIFT OFFICER IMPLICATED MY ENCOUNTER WITH LT. PEARCE, ... OF WHICH LT. PEARCE CONFIRMS TO SOCIAL WORKER MS. BARNES STATING THAT THE MATTER HAS BEEN RESOLVED SINCE HE SPOKE WITH ME. I INFORMED MS. BARNES THAT DUE TO THE ADMINISTRATI -RS ALLOWING STILL FOR USED RAZORS TO BE ISSUED TO DETAINEES. SO THEN LT. - PEARCE'S ASSUMED ADDRESS WAS NOT AT ALL LITERAL, BUT GENERAL. YET, HE OBVI -USLY GAVE MS. BARNES A SENSE OF COMFORT IN HIS EXPRESSION GIVING HER A FALSE ASSURANCE, TENDING TO MIS-LEAD HER INTENTIONS TO FORMULATE AN AUTHORITAT- -IVE RESPONSE. MY ALLEGATIONS ABOUT OFFICIALS WHO MAY HAVE BEEN AIDING, AND ABETTING IN CONSPIRING TO SUFFOCATE ANY USE OF FUNDS. LIKELY THAT MONET -ARY VALUE IS EXCESSIVE. SO THEN THIS FORMS A BELIEF THAT REMOVAL OF FUNDS*

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *TO SET ASIDE FOR OTHER PURPOSES WOULD PRACTICALLY GO UN-NOTICED AS I STIPULATED EARLIER IN CONTEXT IS THAT WHETHER THEIR MEANS WERE ACTUATED*

ACTION THAT YOU ARE REQUESTING: *A SENSE OF "JUSTIFIED" DOESN'T EXCUSE SUCH CONDUCT. NOR, WOULD IT BE IN FACE OF A CONSPIRACY TOLERATED WITH RESPECTS TO THE LAW. ...*

DETAINEE SIGNATURE: *Alvin Perkins*

C.R.W.'S SIGNATURE: _____          DATE C.R.W. RECEIVED: ___/___/___

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Thomas Dart
26,00 S. California Ave.
Chicago, IL 60608

Bobby Lee Harrison
2004 007 2892
Div. 10 1-A
P.O. Box 089002
Chicago, IL 66608

Dec. 5. 2008,

exhibit A-31

Dear Mr. Dart, this is my second letter to you pertaining to the used razors. The thrid shift officers usually on every occasions passed out used Razors. I was submitted to the Cook County Jail September 7, 2004 and since I been here about every occasions the officers passed out used razors. I've talked to some of your Sta Security staff pertaining to this wrongful conduct, and they have did nothing about this issue. Due to this negigence I has contrack hepatites c. and other detainees has been subjected to the same similar treatment. Please take not of this issue, because it dead serious.

Submitted on 5. Dec, 2008

Bobby Harrison

Thomas DART, Sheriff of Cook County
2600 South California Ave.
Chicago, Illinois 60608.

Bobby L. Harrison
2004 007 2892
Div. 10 2C.
P.O Box 089002
Chicago IL 60608

exhibit A-3)
August 3, 2008.

Dear Mr. Dart. I don't know if you aware that the thrid Shift officers be passing out used Razors almost every night, This is unlawful to passed out these razors in that manner. We talking about disposable razors. Those razors have facial hairs and very dull. with gaps. please take notice of this because it an ongoing situation, and it is a serious risk to detainnees if lives. I look forward to you addressed this matter.

Thank you

Thomas Dart
Cook County Jail
26, and California Ave.
Chicago Illinois 60608

Dec. 26. 2007.

exhibit A-31   ID.#.20040072892
S.S.# 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

Dear Thomas Dart. I am writing this letter pretaining to my health Condition. My name is Bobby Lee Harrison. I am 55 Years old I take 6 difference type of medication on a daily basics for my Psyical and Mental Illnesses. I am housing in the Divison 10 2-c deck Which Supposed to be a medical deck. I am suffering from a breathing Problem. The Cooking with milk Cartons on the deck is effected my health. The heavy Smoke caused me headache, runney eyes and chest pain. I dont Know how long I'm going to be able to take it. I've been incarcerated now for a little over 3 years. Will you please Considering move me to divison 8 where they dont use milk Cartons to Cook with.

Thank you for your time and for Considering this matter

I look forward in being transfer Soon.

Cook County Correction
Divison 10 - 2C
P.O Box 089002
Chicago Illinois 60608 ,

Sincerely

Bobby Lee Harrison

TOMAS DART
26 & California Ave
COOK COUNTY Jail
Chicago, Illinois
                                    June 7, 2008

Bobby Lee Harrison
2009 007 2892
Div 10 1-A
P.O. Box 089002
Chicago Illinois 60608.

Dear Thomas, DART,      exhibit A-31

or to whomever this letter may Concern. I Bobby LEE Harrison,
is writing this letter pertaining to ARAMARK Commisary for not
providing ink pens on their Commisary.
However, for the last passed six weeks there has not been any ink
pens available for purchase which states as being restricted.
There isn't any Notice posted informing us of any temeorary accomo-
dations. I am a civil & prose litigant and without this important
element will results in being denied access to the Courts. Please prompt
response from the Administration is anticipated by the detainee's
here in the Dept of corrections.

Respectfully submitted on this 7th day of
June 2008  Bobby Lee Harrison
                    Signature

UNITED STATE DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

AFFIDAVIT   exhibit A-34

BOBBY LEE HARRISON                                    Judge: Matthew F. Kennelly

V.
COUNTY OF COOK, ILLINOIS, THOMAS DART,
ANN CATOURE, ANN DUNIAPE
JOHN MUELLER and John Doe,
                                                     Case #:
_____
        defendants

        Being first duly sworn on Oath BOBBY LEE HARRISON, affiant herein deposes and avers that around August 2008 I was seen in division Ten (10) dispensary. There, I spoke to Dr. Dunlape, She checked her Computer. She stipulated that the hepatitis test I took came back positive for hepatitis C. I told her that I didn't have this disease when I was submitted to the Cook County Jail in September 7, 2004, that I contracted this disease while in custody of the Cook County Jail. I asked her Could I get Medical treatment for this disease. She stipulated Sometime it the best not to treat this type of disease. I also made her aware of my symptoms — weighs lost, diarreah, lost of appetite, and pain in my lower right side.
        For the records I have been subjected to hepatitis, Tuberclosis and other Venereal diseases doing my 4 years in the County jail. through the contaminated Milks, razors, bacteria, walking in blood, feces and mises crawling over the food. I requested a hepatitis test approximately Two (2) years ago, and I didn't received this test until approximately Two (2) months ago. I've written numerous letters, submitted numerous of medical request forms, grievances, appeals and Complained to the officials. Despite all of that the Staff have not properly responed to my requests.
        I also Suffered from a Colon and liver Conditions. I was diagnosed of this diseases in December 2006 by a CHS doctor. A few months later the doctor retired. CHS no longer have a doctor to pre from these type of test. Patients is sent outside the institution for testing. On numerous of OC rCasions I was scheduled an appointment to see a doctor at provident Hospital, either the appoint ~Ment was Cancelled or CHS didn't evialuate me for the test. I was seen at provident Hospital around January 2008, March, 2008, August, 2008 and September 2008 and October 3rd 2008. The last two (2) occasions I spoke to doctor Rafiq. He got a little angry because CHS didn't have me prepare to take the test. Dr Rafiq, attempted to Call doctor Dunlape, at the Cook Coun -ty, but he was unable to reach her on the phone, So he rescheduled, and asked me to remind the medical staff to have me prepared for the next time, becauce this test were very important Sohe Will knows how to treat me for the hepatitis.
        The County has disregarded my health and Safty. If the County filed a motion to dismiss my Case Please dismiss the County motion instead. For proof of my allegations I have attucted these documents to the back side of this AFFIDAVIT. being entered as exhibits _____

_____

SELF NOTARY

Notarized under and by 735 ILCS
5 / 109 under penalty of perjury
this 20th day of October, 2008
Bobby Lee Harrison
    Plaintiff Signature

                              I BOBBY LEE HARRISON, made this affidavit

                              Bobby Lee Harrison
                                  Signature

Referred To: __SUPT. DIV. 10__

Ⓧ Processed as a request.

Exhibit A 36

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: __Harrison__          First Name: __Bobby__

ID #: __2004 - 007 2892__ Div.: __10__ Living Unit: __I-A__ Date: __5 / 29 / 08__

Teir in the day-room area. A-1 teir is a medical teir with sick detainees with mental & physical illness. I have both mental & physical medical issues, for example I have a back condition that required for me to sit in comfortable seats, and its very discomfort for me to sit on steel benches and stools, which have causing further injured to my back, and have resulted into severe pain, because a sick day room are required to have soft chairs and hard chairs, to accommodate detainees with medical issues. Which is a violation of my Constitutional rights. Illinois jail standards states: Aday room is suppose to have hard and soft seats.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

__Bobby L. Harrison 2004-0042842__

ACTION THAT YOU ARE REQUESTING:
for the officials to provide soft seats for the day-room areas to accommodate the sick detainees with medical issues.

## DETAINEE SIGNATURE: __Bobby L. Harrison__

C.R.W.'S SIGNATURE: _____          DATE C.R.W. RECEIVED: __6 / 4 / 08__

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART 2

Exhibit A - 36

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

Exhibit A 36

*Please Note:*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: **Harrison**          First Name: **Bobby**

ID#: **2004-0072892**  Div: **10**  Tier/Location: **1A**

Date of Request: **5/29/08**          Date C.R.W. Received Request: **6/4/08**

This request has been processed by: **L K Graham**          C.R.W.

**Summary of Request:**

Detainee requests More cumfortable chairs in living
unit dayrooms

**Response and/or Action Taken:**

Note: Soft chairs have to be pleasd [illegible]
we can. Having a chair that is no [illegible] to
The [illegible] will violate the safety and securit [illegible]
Oral Only Operation in this dept.

LT K. Johnson #2.18 — LT K. [signature] #2.18  Date: 9/June/08  Div/Dept: CCDOC
(Print- name of individual responding)          (Signature of individual responding)

Part-A / Control #: 2008X 0844

exhibit A-37   Referred to: Cermak

☐ Processed as a request.

Back problem

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Harrison   First Name: Bobby

ID #: 2004-0072892   Div.: 10   Living Unit: 2C   Date: 4/23/08

BRIEF SUMMARY OF THE COMPLAINT: I need to see a back specialist for my back. I am having serious deep pain around the lower left side of my back. I have a hard time bending over and walking around. I been having this problem for a long time. I was ok sometime, but the pain came returned. How can I see a specialist for my back problem?

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: To see a back specialist

DETAINEE SIGNATURE: Bobby

C.R.W.'S SIGNATURE: _____   DATE C.R.W. _____ 05/08/08

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GREEN COPY – DIV./SUPT. OFFICE)

CCDOC

Grievance form

Detainee's Last Name: _Harrison_ First Name: _____

Is This Grievance An Emergency? YES ☐ NO ☐

C.R.W.'s Summary Of The Complaint: _Detainee requests_
_to file..._

C.R.W. Referred Griev. To: _Cermak_ Date: _05/08/0..._

Response Statement:

_Referred to Div Physician_

Date Detainee Received Response: _5/13/08_

REQUEST FOR AN APPEAL

Date Detainee Request For An Appeal: _5/13/08_

Detainee's Basis For An Appeal: _My Lower back is in broken Pain I_
_Need to see a doctor immediately_

Appeal Board's Acceptance Of Detainee's Request: YES ☐

Appeal Board's Response / Decision / Recommendation To The Signature:

Appeal Board's Signature / Date:

Date Detainee Rec'd the Appeal Board Response:

GRIEVANCE CODE(S):

(WHITE COPY - PROG. SERV.) (YELLOW COPY - C.R.W.) (PINK COPY - DETAINEE)

Part-A / Control #: _7 X_

*exhibit A-48*

Dr. Dunlap = prodent

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: ~~Botty~~ Harrison    First Name: Bobby Lee

ID #: 2004-0072892  Div.: 10  Living Unit: 20  Date: 9/2/07

is pretaining to Mrs. Dr. Dunlap, misdiagnosis. on

BRIEF SUMMARY OF THE COMPLAINT: Friday 8-31-07 I was seen in div. 10 dispensary
There, I spoked to doctor Dunlap, I explained to her about my serious back pain. I was
Slumped over in my chair, due to my back pain. She said your couldn't be hurting if it
was you wouldn't be able to be Slumped over like that. I told her that the reason
im Slumped over. She said You're just a problem, the last time you we're here in my office
you had 10 medical problems, that I had seen every Specialist they have, that I had cost-
ed the County over 20,000 dollars. She asked me what part of my back hurt? I told
her my lower back, that I was in a car accident in around 1996 or 97, that I hurted
my back, chest, legs, etc. And that I have been wearing a back belt ever since, that I
came into the County Jail wearing a back belt. in 2004 until July 28, 07 the E.R.T. took
it on a Shake-down and I can not function without it. She attemped to checked the
Computer and Said there's nothing in your Medical records to show that you have been
Seen for back problems or you were wearing a belt. I told her that I had been seen

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
in the County Jail for my back problems, She attemped to pulled my legs upward while I was
sitting in the chair. I told her it was painful. She asked me to Stand up, She put her fingers
ACTION THAT YOU ARE REQUESTING:
in the lower parts of my back and pressed in, and said there nothing wrong with your back
but I'll put you down to get exrays (Action that you are requesting) to see any doctors except M
Dunlap, and to **DETAINEE SIGNATURE:** Bobby Harrison
See a back Specialist for my back problem and to replace my back belt.

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: _____

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY - PROG. SERV.)    (YELLOW COPY - C.R.W.)    (PINK COPY - DETAINEE)    (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

## C.C.D.O.C. DETAINEE GRIEVANCE

EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT... SAFETY OF A DETAINEE

Detainee's Last Name: _Harrison_    First Name: _Bobby_    2004.0072893

Is This Grievance An **Emergency?**   YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: _Detainee alleges unproper medical_ _Care._

C.R.W. Referred Griev. To: _Cermak_    Date Referred _9 / / 07_

Response Statement:

_Referred to Medical Services_

C.S. _____ Date _9 26 07_

C. Plaxco 74   Supt. C. Plaxco

Date _9 2 07_

Date Referred/Received Response: _9 / 11 / 07_   Detainee

### REQUEST FOR AN APPEAL

APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE OF THE...

Date Detainee Request For An Appeal: _9 / 11 / 07_

Detainee's Basis For An Appeal: _I have not been seen..._
_I have miserable pain, I need to see a back..._
_there is another hurt in my back. Mr. Dunlap..._

Appeal Board's Acceptance Of Detainee's Request:   YES ☐

Appeal Board's Reasoning / Decision / Recommendation To The...
_Per CHS Admin, a script was written for_
_pain meds_

Appeal Board's Signatures / Dates:
_10/2/07_   _10-2-7_

Date Detainee Rec.'d the Appl. Bd.'s Response _10 5 07_

GRIEVANCE CODE(S):

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DET...



**Cermak Health Services of Cook County**
2800 S. California Avenue
Chicago, IL 60608



*exhibit A-41*

## DETAINEE HEALTH SERVICE REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Bobby      Lee   Harrison_     Today's Date: _June 23, 08_
1-4

ID #:_2 0 0 4 - 0 0 0 7 2 8 9 2_ Division: _10_   Tier: _2c_   Birth Date: _12/26/52_
   (Booking Year)     (Number)

**FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM <u>USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.</u> EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.**

☐ I want information about HIV / AIDS

Describe your problem: _Lower back pain. I been having this problem for a long while. I do OK for a while, but the pain return. It my lower part of my back, mostly on the left side. I have a hard time bending over and walking_

How long have you had this problem?_____days / weeks /months/ (circle one)
Next Court Date:

HISTORY   DO NOT WRITE BELOW THIS LINE

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC   Date:

**Initial Provider Note:** _____

_____
_____
_____
_____

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call   ☐ PRN
Signature/Title:_____ _____Date:_____Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

Format: 86322   Rev: March 2006



**Carmak Health Services of Cook County**
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE FORMA DE SERVICIOS DE SALUD
Side 2 - Spanish

Nombre:_____  Fecha de hoy dia:_____

Numero                                                                Dia de
De :__ __ __ __--__ __ __ __ __ __  Divicion:_____ Celda:_____ Naciemento:_____
     (Ano que entro)      (Numero)

USE ESTA FORMA **PARA UN SOLO PROBLEMA**, YA SEA MEDICO, DENTISTA, O
SIQUIATRICO. SI USTED TIENE OTRO PROBLEMA, DEBE LLENAR ORTA NIEVA FORMA.
SU PEDIDO SERA REFERIDO AL SERVICIO APROPIADO.

☐ Yo Quiero informacion sobre el SIDA

Describa su problema:_____
_____
_____
_____
_____
_____
_____

Cuanto tiempo a tenido este problema?_____dias / semanas / meses (marque uno)
Siguiente dia de corte:

### ¡¡¡ALTO!!!   NO ESCRIBA DE BAJO DE ESTA LINIA

Referred to:    ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC    Date:

**Initial Provider Note:** _____
_____
_____
_____
_____

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:    ☐ Sick Call    ☐ PRN

Signature/Title:_____Date:_____Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

Form#: 66322  Rev: March 2008

Part-A / Control # 2008 X 1019

Skin Prob. Referred to: Cermak

exhibit A-41

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Harrison          First Name: Bobby

ID #: 2004 -0072892    Div.: 10   Living Unit: 1-A   Date: 5 /17 / 08

**BRIEF SUMMARY OF THE COMPLAINT:**

Around 2005 I was seen in divison 11 dispensary There I spoke to the doctor I showed him an infection rash area on both legs. He Prescribed me an Ointment to use 2 to 3 times a day. the ointment didit work. A couple Weeks later I was sent to Cermak Health Services. There I spoke to a doctor about a special. She performed an injection on both legs, around a month later the rash was gone. However, around 2007 the infected rash returned in the same exact areas on both legs. Around October 2007 through May 2008 I was seen in division 10 dispensary on numerous occasions. There I spoke to Dr Dunlap. I showed her my infected rash, and explained to her around 2005 I was treated for the rash, that Cermak specialist to give me injected in both legs to get rib of the rash. Dr Dunlap said it could be something going on inside of me. She scheduled me to see a Cermak Skin specialist around. I saw the skin specialist a couple week later. He prescribed me an Ointment called Hydrophilic Ointm GM & Fougera Clobetasol Propionate Ointment USP 0.05 %. I told the doctor that I was Prescribed this medicine before it did not work, that the skin specialist had to preformed injection. He said Cermak dont have to do injection any more, that he would called me back in around 2 months to see the res ults, an if the ointments dont work, that he will send me outside to see a specialist. As of today 5/18/08 the infection rash is still on my legs and I have not been called back to Cermak for my Check-up. not have I been scheduled to see an Outside specialist for my skin. This is my second grievance on this issue, the last one was not return to me filed around.

This is my second grievance on this issue, the last one was not return to me, filed around September 2007.

**NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**

**ACTION THAT YOU ARE REQUESTING:**

To Set me an appointment to see the outside Skin specialist for medical treatment.

**DETAINEE SIGNATURE:** Bobby Lee Harrison

**C.R.W.'S SIGNATURE:** _____   **DATE C.R.W. RECEIVED:** 6 / 4 / 08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDEN ROD COPY – DIVISION/SUPT. OFFICE)

CERMAK ... HEALTH ... GRIEVANCE FORM

Detainee's Last Name: **Harrison**     First Name: _____   ID #: _____

Is This Grievance An Emergency?   YES ☐    NO ☐

C.R.W.'s Summary Of The Complaint: Detainee alleges _____ of medical
attention In regards to outline skin _____

C.R.W. Referred Grievance To: **Cermak**     Date: 6 / 5 / 02

_____ Referred to Administration _____

_____

_____

_____

_____ Date: 6 / 10 / 02

Detainee's Request For An Appeal: 6 / 10 / 02

_____ The rash had gotten _____
_____ to See the Skin Specialist _____
_____ test to determined what _____

Appeal In Accordance Of Detainee's Request:   YES ☐    NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The _____
_____ specialist are no longer available _____
_____

Appeal Board's Signatures / Dates: _____ 6 /23/18 _____

Date Detainee Rec'd the Appeal Board Response: 6 /23 _____

GRIEVANCE CODE(S): _____

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)

## C.C.D.O.C. DETAINEE GRIEVANCE

**Detainee Last Name:** Harrison   **First Name:** Bobby   **ID#:** 2004-0010693

**Is This Grievance An Emergency?** YES ☐   NO ☑

**E.R.W.'s Summary Of The Complaint:** Detainee alleges rights at induction.

**C.R.W. Referred Griev. To:** Cermak   **Date:** 6/13/08

**Response Statement:**
Referred to Administration...
Services

Date Detainee Received Response: 6/13/09

---

### REQUEST FOR AN APPEAL

**Date Detainee Request For An Appeal:** 6/19/08

**Detainee's Basis For Appeal:** This grievance is...
a daily basis...

**Appeal Board's Acceptance Of Detainee's Request:** YES ☑

**Appeal Board's Reasoning / Decision / Recommendation To:**
Please ensure detainee receives medication as...

**Date Detainee Rec'd the Appl. Bd.'s Response:** 3/6/...

(WHITE COPY - PROG. SERV.)   (YELLOW COPY - DIVISION.)   (PINK COPY - DETAINEE)

exhibit A-41

Part – B / Control # 2008X 1652

# C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Harrison   **First Name:** Bobby   **ID#:** 2014-0703872

**Is This Grievance An Emergency?**   YES ☐   NO ☒

**C.R.W.'S Summary Of The Complaint:** _____

**C.R.W. Referred Griev. To:** Grock   **Date Referred:** 06/13/08

**Response Statement:** Referred to Administration + Patient Care Services

____ (print - name of individual responding to this griev.)   ____ (signature of individual responding to this griev.)   **Date:** 6/16/08   **Div./Dept.** CHS

____ (print - name of Supt. / Designee / Dept. Admin.)   ____ (signature of Supt. / Designee / Dept. Admin.)   **Date:** 6/18/0   **Div./Dept.** ____

I. Mlell (print - name of Prog. Serv. Admin./ Asst. Admin.)   ____ (signature of Prog. Serv. Admin./ Asst. Admin.)   **Date:** 6/17/08

**Date Detainee Received Response:** 6/18/08   **Detainee Signature:** Bobby Harrison

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** 6/18/08

**Detainee's Basis For An Appeal:** This medication is very necessary to have on a daily basis and because of the fact they skip day and a result has caused me a abismal pain. Please address this issue pronto

**Appeal Board's Acceptance Of Detainee's Request:**   YES ☒   NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**
Please ensure detainee receives medication as prescribed

**Appeal Board's Signatures / Dates:** ____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** 9/16/08   **Detainee Signature:** Bobby L Harrison

**GRIEVANCE CODE(S): (____) (____) (____) (____)**

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

UNITED STATES DISTRICT COURT, NORTH DISTRICT OF ILLINOIS

BOBBY LEE HARRISON
Plaintiff

v.

COUNTY OF COOK, ILLINOIS )
THOMAS DART, ANN )
DUNLAPE, JOHN MUE-)
LLER, and JOHN DOE )
    Defendants )
ANN COTOURE

Case No : 08C 3202

The Honorable Judge Matthew F. Kennelly

## PROOF/CERTIFICATE OF SERVICE

        To: Cook County States Attorney
           500 Richard J. Daley Center
           Chicago IL. 60602

I, Bobby Lee Harrison, swear under penalty of perjury that I served a copy of the

attached document on : U.S. District Court Clerk and Assistant States Attorney

Jail/Corrections on December 19, 2008 _____.

Bobby Lee Harrison
        Signature Of Plaintiff

Bobby Lee Harrison 20040072492
P.O. Box 089002
Div. 10  1A
Chicago IL. 60608

Notarized Under and by 735 ILCS
5/1-109 under penalty of perjury
this 19th _ day of, Dec 200_

IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Bobby Lee Harrison
_____
PLAINTIFF

case no. __08C 3202__

County of Cook, Thomas Dart,
Ann Dunlap, John Mueller, Ann
Catoure, & John Doe
_____
DEFENDANT(S)

HON. __Kennelly__
        JUDGE

NOTICE OF FILING

Please take notice that on 18th day of Dec , ~~199~~ 2008 , I will cause to be filed
with the Clerk of the United States district Court for the Northern District of Illinois,
Eastern Division, the attached pleadings.

Bobby Lee Harrison
_____
Cook Department of Corrections
P.O. BOX 089002
CHGO., IL. 60608-5108

CERTIFICATE

I, Bobby L. Harrison , CERTIFY that I have mailed an exact copy of the
pleadings to the above named individual on this 18th day of Dec , ~~199~~2008, by placing
same in the U.S. mail at the CCDOC.